IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br>150 Signet Drive<br>Weston, Ontario, Canada M9L 1T9<br><br>Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, D.C. 20201<br><br>and<br><br>ANDREW VON ESCHENBACH<br>Acting Commissioner of Food and Drugs<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>Defendants. | Case No. _____ |

## APOTEX INC.'S DISCLOSURE STATEMENT UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiff Apotex Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Apotex Inc., which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 5, 2006.

                                  Respectfully Submitted,

                                  APOTEX INC.

                                  _____
                                  Arthur Y. Tsien, D.C. Bar No. 411579
                                  OLSSON, FRANK AND WEEDA, P.C.
                                  1400 16th Street, N.W., Suite 400
                                  Washington, D.C. 20036-2220
                                  (202) 789-1212
                                  (202) 234-3550 (facsimile)

<u>Of Counsel</u>:
William A. Rakoczy
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)
wrakoczy@rmmslegal.com

*Counsel for Apotex Inc.*

2