IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br>150 Signet Drive<br>Weston, Ontario, Canada  M9L 1T9<br><br>Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, D.C.  20201<br><br>and<br><br>ANDREW VON ESCHENBACH<br>Acting Commissioner of Food and Drugs<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>Defendants. | Case No. _____ |

## APOTEX INC.'S CERTIFICATION OF COUNSEL PURSUANT TO
## LOCAL CIVIL RULE 65.1(a)

Pursuant to Local Civil Rule 65.1(a), the undersigned counsel for Apotex hereby certifies that, on April 4, 2006, at approximately 2:40 p.m. EDT, counsel for Apotex (Mr. Rakoczy) informed counsel for the Federal Defendants (Andrew Clark, Esq., of the Department of Justice) of Apotex's intention to seek a temporary restraining order in this matter, as well as the anticipated time of the making of the application.  On April 5, 2006, at approximately 11:00 a.m. EDT, Mr. Clark informed Mr. Rakoczy that the Federal Defendants

decline to consent to entry of the requested temporary restraining order. Further, consultation pursuant to Local Civil Rule 7(m) has failed to narrow the areas of disagreement. Counsel for Federal Defendants has been provided with copies of Apotex's complaint; motion for temporary restraining order and all supporting papers, including the proposed order; and all other papers filed in this case. Apotex also provided courtesy copies of all papers to counsel for anticipated proposed intervenor Teva Pharmaceuticals USA, Inc.

Dated: April 5, 2006.

Respectfully submitted,

APOTEX INC.

By: _____
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

*Counsel for Apotex Inc.*

Of Counsel:
William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*

2