AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Apotex Inc.

        Plaintiff(s)      )  
                                  )    **APPEARANCE**  
                                  )  
             vs.               )    CASE NUMBER   1:06-cv-627  
Food and Drug Administration, et al.  )  
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __William A. Rakoczy__ as counsel in this
                                        (Attorney's Name)

case for: __Apotex Inc.__
                    (Name of party or parties)

April 6, 2006  
Date

*[Signature]*  
Signature

489082  
BAR IDENTIFICATION

William A. Rakoczy  
Print Name

6 West Hubbard St., Suite 500  
Address

Chicago, IL  60610  
City    State    Zip Code

312-222-6301  
Phone Number