IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br><br>    Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>    Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.<br>1090 Horsham Road<br>North Wales, PA 19454<br><br>    Proposed Intervenor-Defendant | Case No. 06-627 (JDB) |

## STIPULATION OF INTERVENTION

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto by their respective undersigned attorneys, as follows:

1. Intervenor-Defendant TEVA PHARMACEUTICALS USA, INC. has asserted an interest relating to the subject matter of this action, and has requested to intervene as a party pursuant to Fed. R. Civ. P. 24.

2. Plaintiff and Defendants have no objection to intervention herein by said Intervenor-Defendant, and hereby consent to entry of the annexed order to this effect.

3. Plaintiff and Defendants have no objection to the filing of Intervenor-Defendant's answer by the same date on which Defendants' answer is due, and hereby consent to entry of the annexed order to this effect.

RECEIVED

APR - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____/s/_____
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON FRANK AND WEEDA, P.C.
1400 16th St., NW
Washington, DC 20036
(202) 789-1212
(202) 234-3550 (facsimile)

_____/s/_____
William A. Rakoczy, D.C. Bar No. 489082
RAKOCZY MOLINO MAZZOCHI
    SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Planitiff Apotex Inc.*

_____/s/_____
Andrew E. Clark
Office of Consumer Litigation
US DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, DC  20044

*Counsel for Defendants Food and Drug Administration, Michael O. Leavitt, and Andrew C. VonEschenbach*

_____/s/_____
Jay P. Lefkowitz, D.C. Bar No. 449280
Steven A. Engel, D.C. Bar No. 484789
John C. O'Quinn, D.C. Bar No. 485936
KIRKLAND & ELLIS LLP
655 15th St., NW
Washington, DC  20005

*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APOTEX INC.<br><br>    Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>    Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>    Intervenor-Defendant | Case No. 06-627 (JDB) |

## [PROPOSED] ORDER

The parties having agreed by stipulation that TEVA PHARMACEUTICALS USA, INC. may intervene as a party therein, and may file its answer by the same date on which Defendants' answer is due, now, therefore it is hereby

**ORDERED** that TEVA PHARMACEUTICALS USA, INC. is hereby permitted to intervene as a party to this action for all purposes, and it is further

**ORDERED** that said Intervenor shall file its answer by the same date on which the answer of the Defendants is due.

Dated: _____

_____
The Honorable John D. Bates
United States District Judge