CO-386-online
9/24/03

# United States District Court
# For the District of Columbia

Apotex Inc.

        vs   Plaintiff

Food and Drug Administration, et al.

               Defendant

Civil Action No. 06-627

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **Teva Pharmaceuticals USA, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Teva Pharmaceuticals USA, Inc.** which have any outstanding securities in the hands of the public:

Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

449280
BAR IDENTIFICATION NO.

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC      20005
City      State      Zip Code

202 879-5000
Phone Number