AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Apotex Inc.

        Plaintiff(s)    )
                           )    **APPEARANCE**
                           )
        vs.               )    CASE NUMBER    06-627
Food & Drug Administration, et al.  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John C. O'Quinn__ as counsel in this
                              (Attorney's Name)

case for: __Teva Pharmaceuticals USA, Inc. (Intervenor)__
               (Name of party or parties)

April 10, 2006
Date

DC 485936
BAR IDENTIFICATION

_Signature_
John C. O'Quinn
Print Name

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC      20005
City    State    Zip Code

202 879-5000
Phone Number