AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Apotex Inc.

       Plaintiff(s)       )
                                )      **APPEARANCE**

vs.               )      CASE NUMBER   06-627

Food & Drug Administration, et al.   )

       Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Jay P. Lefkowitz  as counsel in this
                            (Attorney's Name)

case for:  Teva Pharmaceuticals USA, Inc. (Intervenor)
              (Name of party or parties)

April 10, 2006
Date

_[signature]_
Signature

Jay P. Lefkowitz
Print Name

449280
BAR IDENTIFICATION

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC      20005
City    State    Zip Code

202 879-5000
Phone Number