UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Apotex, Inc.,

    Plaintiff.

    v.

FOOD AND DRUG ADMINISTRATION, et al.,

    Defendants.

Civil Action No. 06-0627 (JDB)



FILED
APR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Teva Pharmaceuticals USA., Inc. ("Teva"), to intervene in this action, it is this tenth day of April, 2006, hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that Teva shall be added to this action as an intervenor for all purposes; and it is further

**ORDERED** that Teva will be subject to the same response deadline as defendants.

                          /s/   John D. Bates
                          JOHN D. BATES
                          United States District Judge

Dated:   April 10, 2006

*Copies to*:

**Arthur Y. Tsien**
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212

Fax: (202) 234-3550
Email: atsien@ofwlaw.com


**William A. Rakoczy**
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com
    *Counsel for plaintiff*

**Andrew E. Clark**
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov
    *Counsel for defendant*

**Jay P. Lefkowitz**
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

**John Caviness O'Quinn**
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
Email: joquinn@kirkland.com
    *Counsel for intervenor-defendant*