AO 440 (Rev. 8/01) Summons in a Civil Action

06CV-00627 JDB

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 6, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BOBBY SCHECHET | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Loni Cox / Legal Assistant for Kenneth Wainstein, U.S. Attorney for District of Columbia

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 6, 2006      *Bobby Schechet*
             Date                 Signature of Server

1400 16th St. N.W. Suite 400
Washington, D.C. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action          06 CV- 00627 JDB

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4-6-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BOBBY SCHOCHET | paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _June Stephenson - signed for Andrew Von Eschenbach Pih ladach Acting Commissioner of FDA_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _April 6, 2006_      _Bobby Schochet_
            Date                  Signature of Server

1400 16th St N.W. suite 400
Washington, DC. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action                    06CV-00627 JDB

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 6, 2006 |
| NAME OF SERVER (PRINT)  BOBBY SCHOCHET | TITLE  Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): DAVID BURROUGHS (BURROUGHS) assigned for Alberto Gonzales Attorney General the United States, Dept of Justice

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 6, 06        Bobby Schochet
              Date              Signature of Server

1400 16th St. N.W. Suite 400
Washington, D.C. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

06 CV-00627 JDB

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 5, 2006 |
| NAME OF SERVER (PRINT)  Bobby Schochet | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Matt Mellon_
(matt mellon)

☐ Returned unexecuted: _____

☑ Other (specify): _Matt Mellon signed for Michael Leavitt HHS Secretary Health & Human Services_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 5, 2006        _Bobby Schochet_
            Date                    Signature of Server

1400 Sixteenth Street, N.W., Suite 400
Washington, D.C.  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action    06 cv-0627 JDB

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 6, 2006 |
| NAME OF SERVER (PRINT) BOBBY SCHOCHET | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Other: June Stephenson

☐ Other (specify): Representative of FDA General Counsel's office — signed for FDA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 6, 2006           Bobby Schochet
              Date                   Signature of Server

1400 16th St. N.W.
Washington, D.C. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.