UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,                                )<br>                                                       )<br>            Plaintiff,                           )<br>                                                       )<br>      v.                                             )<br>                                                       )<br>FOOD AND DRUG ADMINISTRATION, )<br>*et al.*,                                           )<br>                                                       )<br>            Defendants,                        )<br>                                                       )<br>      and                                          )<br>                                                       )<br>TEVA PHARMACEUTICALS USA, INC., )<br>                                                       )<br>            Intervenor-Defendant.         )<br>                                                       ) | Civil Action No. 06-627 (JDB) |

## **PRAECIPE**

The Clerk will please enter the appearance of **Andrew E. Clark,** Attorney, United States Department of Justice, as counsel for federal defendants in the above-entitled case.

                                                   Respectfully submitted,

                                                            /s/
                                            ANDREW E. CLARK
                                            Attorney
                                            Office of Consumer Litigation
                                            U.S. Department of Justice
                                            P.O. Box 386
                                            Washington, D.C.  20044
                                            (202) 307-0067

## CERTIFICATE OF SERVICE

     I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
*Counsel for Plaintiff Apotex Inc.*

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Plaintiff Apotex Inc.*

Jay P. Lefkowitz
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*

this 11th day of April, 2006.

                                                      /s/
                                         Andrew E. Clark