UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br>MICHAEL O. LEAVITT, and<br>ANDREW VON ESCHENBACH,<br><br>Defendants,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Intervenor-Defendant. | CIVIL NO. 1:06-CV-627 |

## [PROPOSED] ORDER

Before me is the Motion of Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc., ("Ranbaxy") filed pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure, for leave to intervene in the above-captioned case. Having considered the Motion and the remainder of the record in this case,

IT IS ORDERED that the motion be GRANTED.

Dated: _____
       Washington, D.C.

_____
John D. Bates
United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

> Jay P. Lefkowitz, Esq.
> John C. O'Quinn, Esq.
> Kirkland & Ellis LLP
> 655 15th Street, NW
> Washington, D.C. 20005
> (202) 879-5040

> Andrew E. Clark, Esq.
> Office of Consumer Litigation
> U.S. Department of Justice
> National Place Building
> Room 950 N
> 1331 Pennsylvania Avenue, NW
> Washington, D.C. 20004
> (202) 307-0067

> Kate C. Beardsley, Esq.
> Carmen M. Shepard, Esq.
> Buc & Beardsley
> 919 18th Street, NW
> Suite 600
> Washington, D.C. 20006
> (202) 736-3600

> Arthur Y. Tsien, Esq.
> Olson, Frank and Weeda, P.C.
> 1400 16th St., NW
> Suite 400
> Washington, D.C. 20036-2220
> (202) 789-1212