UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Apotex, Inc.,<br><br>    Plaintiff.<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION, et al.,<br><br>    Defendants,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Intervenor-Defendant. | Civil Action No. 06-0627 (JDB)<br><br>**FILED**<br><br>APR 1 2 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of Ranbaxy Pharmaceuticals, Inc.'s ("Ranbaxy") motion to intervene in this action, it is this twelfth day of April, 2006, hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that Ranbaxy shall be added to this action as an intervenor for all purposes; and it is further

**ORDERED** that Ranbaxy will be subject to the same response deadline as defendants.

/s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:    April 12, 2006

*Copies to:*

**Arthur Y. Tsien**
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com


**William A. Rakoczy**
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com
    *Counsel for plaintiff*


**Andrew E. Clark**
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov
    *Counsel for defendant*


**Jay P. Lefkowitz**
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com


**John Caviness O'Quinn**
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000

Email: joquinn@kirkland.com
*Counsel for intervenor-defendant Teva Pharmaceuticals USA, Inc.*

Carmen M. Shepard
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600

Kate C. Beardsley
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600
*Counsel for intervenor-defendant Ranbaxy Pharmaceuticals, Inc.*