**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al*. )<br>)<br>Defendants. )<br>) | Case No. 06-627 (JDB) |

**APOTEX INC.'S MOTION FOR TEMPORARY**
**RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Pursuant to Rules 65(a) and (b) of the Federal Rules of Civil Procedure, Apotex Inc. ("Apotex") hereby moves for a temporary restraining order and/or preliminary injunction requiring the Food and Drug Administration; Michael O. Leavitt, Secretary of Health and Human Services; and Andrew von Eschenbach, Acting Commissioner of Food and Drugs (collectively, the "Federal Defendants") to:

(a) set aside FDA's administrative decision dated April 11, 2006;

(b) refrain from awarding any 180-day exclusivity for pravastatin sodium tablet ANDAs;

(c) approve Apotex's pravastatin sodium tablet ANDA; and

(d) refrain from approving any other pravastatin sodium tablet ANDA until this determination is made and final approval is granted to Apotex.

In the event the Court denies such relief, Apotex respectfully moves for an injunction preserving the *status quo* and staying all pravastatin approvals pending an appeal of this matter to the D.C. Circuit, in order to prevent devastating and irreparable harm to Apotex. The grounds for this

motion are fully set forth in the accompanying memorandum and Declarations of Tammy L. McIntire, Dr. Bernard C. Sherman, and Arthur Y. Tsien, filed contemporaneously herewith.

As indicated in the accompanying Certification pursuant to Local Civil Rule 65.1(a), in advance of this filing, Apotex informed counsel for the Federal Defendants and Intervenor-Defendants Teva Pharmaceuticals USA, Inc. ("Teva") and Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc. (collectively, "Ranbaxy") of its intention to seek a temporary restraining order and/or preliminary injunction in this matter, as well as the time of the making of the application, and has provided the Federal Defendants, Teva and Ranbaxy with copies of this motion and all supporting papers, including the proposed order. The Federal Defendants, Teva and Ranbaxy have declined to consent to entry of the requested temporary restraining order and/or preliminary injunction, and consultation pursuant to Local Civil Rule 7(m) has failed to narrow the areas of disagreement.

Dated: April 14, 2006.                    Respectfully submitted,

APOTEX INC.


By:  _____/s/_____
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

*Counsel for Apotex Inc.*


Of Counsel:
William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500

Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*

## CERTIFICATE OF SERVICE

        I, Arthur Y. Tsien, HEREBY CERTIFY that on this 14th day of April 2006, a true and correct copy of the foregoing Motion for Temporary Restraining Order and/or Preliminary Injunction, Supporting Memorandum, Certificate of Counsel Pursuant to Local Rule 65.1(a), Proposed Order, Declaration of Tammy L. McIntire, Declaration of Dr. Bernard C. Sherman, and Declaration of Arthur Y. Tsien was served via e-mail and ECF filing upon the following counsel:

> Andrew E. Clark
> U.S. Department of Justice,
> Office of Consumer Litigation
> Room 950 North
> 1331 Pennsylvania Ave., NW
> Washington, D.C.  20004
>
> *Counsel for the Federal Defendants*
>
> Jay P. Lefkowitz
> John C. O'Quinn
> Steven A. Engel
> Michael D. Shumsky
> KIRKLAND & ELLIS LLP
> 655 15th Street, NW, Suite 1200
> Washington, D.C.  20005
>
> *Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*
>
> Kate C. Beardsley
> Carmen M. Shepard
> Buc & Beardsley
> 919 Eighteenth Street, NW, Suite 60
> Washington, D.C.  20006
>
> *Counsel for Intervenors-Defendants Ranbaxy Laboratories
> Limited, Ranbaxy Inc. and Ranbaxy Pharmaceuticals, Inc.*

                                            /s/
                                    Arthur Y. Tsien
                                    *Counsel for Apotex Inc.*