**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 06-627 (JDB) |

**APOTEX INC.'S CERTIFICATE OF COUNSEL PURSUANT TO
LOCAL CIVIL RULE 65.1(a)**

Pursuant to Local Civil Rule 65.1(a), the undersigned counsel for Apotex hereby certifies that, on April 14, 2006, at approximately 10:30 a.m. EDT, counsel for Apotex informed counsel for the Federal Defendants and counsel for Intervenor-Defendants Teva and Ranbaxy of Apotex's intention to seek a temporary restraining order and/or preliminary injunction in this matter, as well as the anticipated time of the making of the application. The Federal Defendants, Teva, and Ranbaxy decline to consent to entry of the requested injunctive relief, and consultation pursuant to Local Civil Rule 7(m) has failed to narrow the areas of disagreement. Counsel for all defendants have been provided with copies of Apotex's motion for temporary restraining order and/or preliminary injunction and all supporting papers, including the proposed order; and all other papers filed in this case.

Dated: April 14, 2006.

Respectfully submitted,

APOTEX INC.

By: _____/s/_____
Arthur Y. Tsien, D.C. Bar No. 411579

OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

*Counsel for Apotex Inc.*

Of Counsel:
William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*