**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC.<br><br>        Plaintiff,<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al*.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-627 (JDB)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiff Apotex Inc.'s Motion for Temporary Restraining Order and/or Preliminary Injunction, Memorandum of Law, the Declarations of Tammy L. McIntire, Dr. Bernard C. Sherman and Arthur Y. Tsien, and counsel for the Plaintiff and Defendants having been heard on the motion,

The Court finds that Plaintiff has shown that it will be immediately and irreparably harmed absent injunctive relief, it is therefore

**ORDERED THAT** the motion is granted. Defendants the Food and Drug Administration; Michael O. Leavitt, Secretary of Health and Human Services; and Andrew von Eschenbach, Acting Commissioner of Food and Drugs, shall (a) set aside FDA's administrative decision dated April 11, 2006; (b) refrain from awarding any 180-day exclusivity for pravastatin sodium tablet ANDAs; (c) immediately approve Apotex's pravastatin sodium tablet ANDA; and (d) refrain from approving any other pravastatin sodium tablet ANDA until this determination is made and final approval is granted to Apotex.

2

**SO ORDERED**

_____        _____
United States District Judge                                        Date