IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>　　　　Defendants. | Case No. 06-627 (JDB) |

## DECLARATION OF ARTHUR Y. TSIEN

I, ARTHUR Y. TSIEN, declare as follows:

1. I am a principal in the law firm of OLSSON, FRANK AND WEEDA, P.C., counsel for Apotex Inc. ("Apotex").

2. I am a practicing attorney and member in good standing of the Bar of the District of Columbia, and am admitted to practice before the United States District Court for the District of Columbia and before the United States Court of Appeals for the District of Columbia Circuit.

3. I submit this Declaration in support of Apotex's Motion for a Temporary Restraining Order and/or Preliminary Injunction.

4. I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

5. Attached hereto at Exhibit A is a true and accurate copy of FDA's April 11, 2006 Administrative Ruling.

6. Attached hereto at Exhibit B is a true and accurate copy of selected excerpts from the Brief For The Federal Appellants, filed December 22, 2005, in *Teva Pharmaceuticals USA, Inc. v. FDA*, Nos. 05-5401, 05-5460 (D.C. Cir.).

7. Attached hereto at Exhibit C is a true and accurate copy of selected excerpts from the Reply Brief For The Federal Appellants, filed February 6, 2006, in *Teva Pharmaceuticals USA, Inc. v. FDA*, Nos. 05-5401, 05-5460 (D.C. Cir.).

8. Attached hereto at Exhibit D is a true and accurate copy of selected excerpts from the Transcript of the March 9, 2006 Oral Argument before Circuit Judges Randolph and Tatel and Senior Circuit Judge Williams in *Teva Pharmaceuticals USA, Inc. v. FDA*, Nos. 05-5401, 05-5460 (D.C. Cir.).

9. Attached hereto at Exhibit E is a true and accurate copy of a letter dated June 28, 2005, from Gary Buehler, Director, Office of Generic Drugs, to William A. Rakoczy and Christine J. Siwik.

10. Attached hereto at Exhibit F is a true and accurate copy of the Declaration of Douglas Sporn filed in *Teva Pharmaceuticals USA, Inc. v. FDA*, No. 99-67 (D.D.C.).

11. Attached hereto at Exhibit G is a true and accurate copy of selected excerpts from the Memorandum in Opposition to Teva's Renewed Application for a Temporary Restraining Order and Motion for Preliminary Injunction, filed August 2, 1999, in *Teva Pharmaceuticals USA, Inc. v. FDA*, No. 99-67 (D.D.C.).

12. Attached hereto at Exhibit H is a true and accurate copy of selected excerpts from the Brief For The Federal Appellant, filed March 27, 2000, in *Teva Pharmaceuticals USA, Inc. v. FDA*, Nos. 99-5287, 99-5342 (D.C. Cir.).

13. Attached hereto at Exhibit I is a true and accurate copy of the July 23, 2004 Order, *Apotex Inc. v. Bristol-Myers Squibb Co.*, No. 04-2922 (S.D.N.Y.).

14. Attached hereto at Exhibit J is a true and accurate copy of selected excerpts from the Brief of Appellant Teva Pharmaceuticals USA Inc., filed February 1, 1999, in *Teva Pharmaceuticals USA, Inc. v. FDA*, No. 99-5022 (D.C. Cir.).

15. Attached hereto at Exhibit K is a true and accurate copy of selected excerpts from the Brief of Appellee Teva Pharmaceuticals USA, Inc., filed April 26, 2000, in *Teva Pharmaceuticals USA, Inc. v. FDA*, No. 99-5287, 99-5342 (D.C. Cir.).

16. The foregoing facts are true and correct as I verify and believe.

Dated: April 14, 2006

I, ARTHUR Y. TSIEN, hereby declare, under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

_____
ARTHUR Y. TSIEN