# EXHIBIT D

# Declaration of Arthur Y. Tsien

*In support of Apotex Inc.'s Motion For*
*Temporary Restraining Order and/or Preliminary Injunction*

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TEVA PHARMACEUTICALS, USA, INC.,

    Appellants,

    v.

FOOD AND DRUG ADMINISTRATION, ET AL; APOTEX, INC.,

    Appellee.

No. 05-5401

Thursday, March 9, 2006

Washington, D.C.

The above-entitled matter came on for oral argument pursuant to notice.

BEFORE:

    CIRCUIT JUDGES RANDOLPH AND TATEL AND SENIOR CIRCUIT JUDGE WILLIAMS

APPEARANCES:

    <u>ON BEHALF OF THE APPELLANTS</u>:

    JEFFREY BUCHOLTZ, ESQ.

    WILLIAM A. RAKOCZY, ESQ.

    <u>ON BEHALF OF THE APPELLEE</u>:

    JAY P. LEFKOWITZ, ESQ.

1  is whether the patent holder is estopped and not whether there
2  actually is a holding of invalidity or noninfringement, then
3  it doesn't make any sense to engage in this hyper formalistic
4  interpretation of a document that, again, is called an order
5  and has the Court's signature on it and turn it into something
6  that is in the nature of a private agreement rather than the
7  decision of a court.  If estoppel is what matters, in our
8  view here, Bristol is estopped and this action was dismissed
9  for lack of jurisdiction and that ought to be enough.  But
10 again, our preferred view is that the Court decision trigger
11 provision should be interpreted to require a decision with an
12 actual holding of invalidity or noninfringement.  If this
13 Court thinks that it's open to us to adopt that view or if
14 this Court thinks that that's the correct interpretation of
15 the statute, then we'd be happy to hear that.
16         I see my time is up.  Thank you, Your Honors.
17         THE COURT:  Thank you.
18         ORAL ARGUMENT OF WILLIAM A. ROKOCZY, ESQ.
19                 ON BEHALF OF THE APPELLANT
20         MR. ROKOCZY:  May it please the Court, William
21 Rokoczy on behalf of the intervenor defendant and appellant
22 Apotex Inc.  Your Honors, I'm put in the difficult position of
23 seeing who I need to address first, the person sitting at my
24 own table or Teva.  While the agency may not care about the
25 result in this case, Apotex certainly doesn't.  It has real