# EXHIBIT I

# Declaration of Arthur Y. Tsien

*In support of Apotex Inc.'s Motion For
Temporary Restraining Order and/or Preliminary Injunction*

SULLIVAN & WORCESTER LLP
Marc A. Lebowitz (ML 7381)
Matthew Giger (MG 3731)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
Tel: (212) 660-3000
Fax: (212) 660-3001

RAKOCZY MOLINO MAZZOCHI LLP
William A. Rakoczy
Deanne M. Mazzochi
Matthew O. Brady
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 222-6301
Fax: (312) 222-6321

*Attorneys for Plaintiffs*
*Apotex Inc. And Apotex Corp.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

APOTEX INC. and APOTEX CORP.,

      Plaintiffs,

  - against -

BRISTOL-MYERS SQUIBB COMPANY.,

      Defendants.

---------------------------------------x

Civil Action No. 04 CV 2922 (WHP)

**STIPULATION AND ORDER**

      WHEREAS defendant Bristol-Myers Squibb Company ("BMS") holds approved New Drug Application ("NDA") No. 19-898 for pravastatin sodium tablets, which BMS sells under the brand-name Pravachol®.

      WHEREAS U.S. Patent Nos. 4,346,227 (the "'227 patent"), 5,030,447 (the "'447 patent"), 5,180,589 (the "'589 patent"), and 5,622,985 (the "'985 patent") (all of which are

owned by BMS except for the '227 patent) are listed in the Food and Drug Administration's ("FDA") publication, *Approved Drug Products and Therapeutic Equivalence Evaluations*, in connection with BMS's NDA No. 19-898 and Pravachol® oral tablets.

WHEREAS BMS received notice from TorPharm, Inc., now Apotex Inc. ("Apotex"), notifying BMS that Apotex had filed Abbreviated New Drug Application ("ANDA") No. 76-341, pursuant to 21 U.S.C. § 355(j), seeking approval from FDA to engage in the manufacture, sale, and/or use of a generic version of Pravachol® (pravastatin sodium) tablets in 10 mg, 20 mg, 40 mg, and 80 mg strengths.

WHEREAS Apotex's ANDA No. 76-341 contained (1) a "Paragraph (III)" certification with respect to the '227 patent in which Apotex represented to FDA that it did not seek approval to market a generic pravastatin sodium product prior to the expiration date of that patent (which along with an additional 6 months for "pediatric exclusivity" as granted by the FDA means Apotex cannot receive final FDA approval before April 20, 2006), and (2) "Paragraph (IV)" certifications, pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV), with respect to the '447, '985, and '589 patents, stating that Apotex seeks FDA approval to market a generic pravastatin sodium product before the expiration of the '447, '985, and '589 patents, and that such patents are invalid and/or would not be infringed by the marketing, sale, and/or use of Apotex's generic pravastatin sodium products that are the subject of ANDA No. 76-341.

WHEREAS BMS did not sue Apotex for infringement of the '447, '985, and '589 patents.

WHEREAS on April 15, 2004, Apotex filed suit against BMS, pursuant to 28 U.S.C. §§ 2201 and 2202, 21 U.S.C. § 355(j)(5)(C)(i), and 35 U.S.C. § 271(e)(5), seeking a declaratory judgment of noninfringement and/or invalidity of the '447, '985, and '589 patents.

WHEREAS, prior to Apotex's filing of the Complaint herein, BMS repeatedly represented and assured Apotex that, notwithstanding any disagreement on the scope or interpretation of the claims of the '447, '985, and '589 patents, it had no intention to bring suit against Apotex for infringement of the '447, '985, and '589 patents with respect to Apotex's generic pravastatin sodium products that are the subject of ANDA No. 76-341.

NOW THEREFORE, based upon BMS's pre-Complaint representations that it has no intention to sue Apotex for infringement of the '447, '985, and '589 patents based on the manufacture, use, sale, offer for sale or importation of Apotex's generic pravastatin sodium products that are the subject of ANDA No. 76-341, Apotex hereby stipulates that Apotex's Complaint seeking a declaratory judgment of noninfringement of the '447, '985, and '589 patents be, and hereby is, dismissed, for lack of subject matter jurisdiction, with each party to bear it own costs.

Dated July 23, 2004

*[signature]*

FITZPATRICK, CELLA, HARPER
& SCINTO
Robert L. Baechtold, (RB 6866)
Thomas H. Beck (TB 4400)

30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 218-2100
Fax: (212) 218-2200

*Attorneys for Defendant*
*Bristol-Myers Squibb Company*

Dated July ___, 2004

*[signature]*

SULLIVAN & WORCESTER LLP
Marc A. Lebowitz (ML 7381)
Matthew Giger (MG 3731)

1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 660-3000
Fax: (212) 660-3001

-3-

SO ORDERED:

*[signature]*

WILLIAM H. PAULEY III U.S.D.J.

*Of Counsel:*

*[signature]*

RAKOCZY MOLINO MAZZOCHI LLP
William A. Rakoczy
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 222-6301
Fax: (312) 222-6321

*Attorneys for Plaintiffs*
*Apotex Inc. and Apotex Corp.*


SO ORDERED this ____ day of _____, 2004


_____
Honorable William II. Pauley III
United States District Judge


HY_MAIN 441151v1

-4-