# EXHIBIT K

# Declaration of Arthur Y. Tsien

*In support of Apotex Inc.'s Motion For*
*Temporary Restraining Order and/or Preliminary Injunction*

ORAL ARGUMENT SCHEDULED SEPTEMBER 8, 2000

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Nos. 99-5287 and 99-5342

TEVA PHARMACEUTICALS USA, INC., et al.,
Plaintiffs/Appellees

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,
Defendants/Appellants,

and

TORPHARM, A DIVISION OF APOTEX, INC.,
Intervenor/Defendant/Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIEF OF APPELLEE
TEVA PHARMACEUTICALS USA, INC.

James N. Czaban
Geoffrey M. Levitt
VENABLE, BAETJER, HOWARD & CIVILETTI, LLP
1201 New York Avenue, NW
Suite 1000
Washington, D.C. 20005-3917
202/962-4800

ATTORNEYS FOR APPELLEE TEVA PHARMACEUTICALS USA, INC.

declaratory judgment action mechanism may be the only way to break the anti-competitive effects of a first applicant's refusal or failure to trigger the 180-day period:

- The first Paragraph IV ANDA applicant loses a Paragraph IV Infringement Action, and is thus prohibited from beginning commercial marketing before the patent expires, and no other applicant is sued for infringement, leaving a declaratory judgment action as the only way to trigger the 180-Day Delay Period. 21 U.S.C. § 355(j)(5)(B)(iii)(II).

- The first Paragraph IV ANDA applicant settles with the patent holder by agreeing never to market its version of the drug. See Mova, 140 F.3d at 1072 n.14.

- The first applicant's ANDA encounters prolonged difficulties in obtaining final FDA approval (such as occurred here with TorPharm) while subsequent applicants obtain faster tentative approval.

The absurdity of FDA's position is further reflected by the fact that the opportunity to prevent ANDA applicants from using the declaratory judgment action mechanism will nearly always be used by holders of invalid, unenforceable, or non-infringed patents – the very types of patents the entire Paragraph IV ANDA scheme is designed to defeat – because holders of more defensible patents will simply file a Paragraph IV Infringement Action and get the benefit of the statutory 30-month stay of approval of the ANDA. 21 U.S.C. § 355(j)(5)(B)(iii).

---

validity and applicability," FDA Brief at 18 n. 6, is perverse given that its position would

22