UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-627 (JDB) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Intervenor-Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| RANBAXY LABORATORIES LIMITED, ) | |
| *et al.*, ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |

## NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD

The federal defendants hereby file with the Court a Supplemental Administrative Record. Federal defendants previously filed an Administrative Record pertinent to the above-captioned case on August 16, 2005, in *Teva Pharmaceuticals USA, Inc. v. FDA*, No. 05-1469 (D.D.C.) (JDB). That Administrative Record, together with the Supplemental Administrative Record appended hereto, comprise the Administrative Record in this case.

Dated: April 14, 2006.

|  |  |
|---|---|
| Of Counsel: | Respectfully submitted, |
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Chief Counsel<br>Food and Drug Division | JEFFREY S. BUCHOLTZ<br>Deputy Assistant Attorney General |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | EUGENE M. THIROLF<br>Director<br>Office of Consumer Litigation |
| WENDY S. VICENTE<br>Associate Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD 20857<br>(301) 827-7138 | /s/<br>ANDREW E. CLARK<br>Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel: (202) 307-0067<br>Fax: (202) 514-8742 |

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Notice of Filing Supplemental Administrative Record to be served via the District Court's electronic filing (ECF) system upon:

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
*Counsel for Plaintiff Apotex Inc.*

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Plaintiff Apotex Inc.*

Jay P. Lefkowitz
John C. O'Quinn
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*

Kate C. Beardsley
BUC & BEARDSLEY
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
*Counsel for Intervenor-Defendants Ranbaxy Laboratories Limited, et al.*

this 14th day of April, 2006.

                                                /s/
                                     Andrew E. Clark