UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>　　　　　Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC., and RANBAXY<br>PHARMACEUTICALS, INC.<br><br>　　　　　Intervenors-Defendants. | Case No. 06-627 (JDB) |

**DECLARATION OF DAVID MARSHALL**

I, David Marshall, hereby declare under penalty of perjury as follows:

1.　I am the Vice President of Sales and Marketing of Teva Pharmaceuticals USA, Inc. ("Teva").

2.　Teva is the wholly owned, indirect subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), a global pharmaceutical company headquartered in Israel. Teva distributes the finished pharmaceutical products of Teva Ltd. in the United States and is an industry leader in the development, manufacture, and marketing of generic pharmaceutical products in the United States.

3. On December 10, 2000, Teva filed ANDA No. 76-056, which I understand to be the first U.S. application for generic pravastatin sodium in the 10 mg, 20 mg, and 40 mg strengths.

4. Teva filed a Paragraph IV ANDA with respect to three of the patents listed with the Food and Drug Administration ("FDA") for pravastatin sodium. Teva filed a Paragraph III ANDA with respect to a fourth patent, U.S. Patent No. 4,346,227 ("the '227 patent"). It is expected therefore that the FDA will approve Teva's ANDA on the expiration of the '227 patent on April 20, 2006.

5. The combined sales of pravastatin sodium tablets of 10 mg, 20 mg, and 40 mg are about $1.7 billion.

6. As Vice President of Sales and Marketing for Teva, I am involved in the introduction and promotion of new generic drug products for the United States market.

7. In my capacity as Vice President of Sales and Marketing, I have become aware that Bristol-Myers Squibb, Inc. ("BMS"), the patentee, intends to market its own unbranded product (called an "authorized generic") through an agreement with Watson Pharmaceuticals, Inc.

8. Watson is already negotiating long-term contracts with major potential customers of generic pravastatin.

9. Were the approval of Teva's ANDA to be delayed by court action, it is my understanding that it would not preclude Watson from marketing an authorized generic.

10. Any delay in approval of Teva's ANDA will give Watson a distinct advantage in negotiating contracts to supply generic pravastatin.

11. A delay in approval of Teva's ANDA, coupled with uncertainty as to Teva's launch date, due to an injunction would allow Watson to tie up distribution channels and access to customers, enter into long-term sales agreements, increase sales across all product lines, and retain greater market share in the long term, all to the disadvantage of Teva.

12. Although some authorized generics will generally wait to launch until the first generic product is introduced into the market, some will launch preemptively, particularly if they believe there is a short window in which they can capture market share.

13. Even a one-week delay in Teva launching its pravastatin product would likely cost Teva tens of millions of dollars if Watson went to market with its authorized generic on or about April 20, 2006.

14. A delay in approval of Teva's ANDA will also reduce the time in which Teva can maximize profits because of potential competition from another similar generic product in June 2006.

15. Pravastatin is a type of HMG-CoA reductase inhibitor, commonly referred to as a statin. Statins are used in the treatment of high cholesterol. Pravastatin is in the same class of drugs as simvastatin.

16. In my capacity as Vice President of Sales and Marketing, I have become aware that generic simvastatin may be available as early as June 23, 2006 when U.S. Patent No. 4,444,784 expires.

17. The FDA has ruled that there is no 180-day exclusivity period for generic simvastatin. If generic simvastatin is launched by multiple parties on June 23, 2006, simvastatin would be expected to cost less than generic pravastatin during Teva's exclusivity period for pravastatin.

18. Even though simvastatin is a different product, because it is in the same class of drugs it would compete with pravastatin. Certain patients would be able to switch to simvastatin and would do so for the lower cost product.

19. A launch of generic simvastatin on June 23, 2006 would, thus, likely begin to convert the market from pravastatin. If generic simvastatin is launched by multiple parties in June 2006, it would be expected to reduce Teva's sales of pravastatin during Teva's 180-day exclusivity period.

20. A delay in launching pravastatin would cost Teva millions of dollars if generic simvastatin were widely launched in June 2006.

21. Thus, any delay in launching pravastatin is likely to reduce significantly the profits Teva could otherwise obtain during its 180 days of generic exclusivity.

Dated: April 17, 2006

_David M. Marshall_
David Marshall

4