# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 04-5211**                          **September Term, 2004**

04cv00605



Filed On:

Apotex, Inc.,
      **Appellant**

   v.

Food & Drug Administration, et al.,
      **Appellees**

**BEFORE:**   Edwards, Sentelle, and Randolph, Circuit Judges

## O R D E R

Upon consideration of the emergency motion to vacate stay of final regulatory approval for gabapentin, the response thereto, and the reply, it is

**ORDERED** that the court's July 26, 2004 order staying the Food and Drug Administration's final approval of Purepac Pharmaceutical Co.'s gabapentin capsule ANDA be vacated.  The court is no longer satisfied that appellant meets the stringent standards required for a stay pending appeal.  See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2002).

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

**By:**

John T. Haley
Deputy Clerk/LD