# Exhibit A

"A sober, clear-eyed attack on the excesses of drug company power . . . a lucid, persuasive, and highly important book."
—*The Boston Globe*

During her two decades at *The New England Journal of Medicine*, Dr. Marcia Angell had a front-row seat on the growing corruption of the pharmaceutical industry. She watched drug companies stray from their original mission of discovering and manufacturing useful drugs and instead become vast marketing machines with unprecedented control over their own fortunes. She saw them gain nearly limitless influence over medical research, education, and how doctors do their jobs. She sympathized as the American public, particularly the elderly, struggled and increasingly failed to keep up with spiraling prescription drug prices. Now, in this bold, hard-hitting book, Angell exposes the shocking truth of what the pharmaceutical industry has become—and argues for essential, long-overdue change. Written with clarity and force and substantiated with in-depth research, *The Truth About the Drug Companies* is a searing indictment of an industry that has spun out of control.

"In what should serve as the *Fast Food Nation* of the drug industry, Angell presents . . . a powerful case . . . for reform."
—*Publishers Weekly* (starred review)

"Always authoritative . . . [Angell] delivers the message—that drug-company money and power is corrupting American medicine—in a convincing, no-nonsense manner."
—*The Washington Post Book World*

"Eye-opening . . . If you've ever suffered prescription drug sticker shock, [this] is the book for you."
—*Newsday*

A *Library Journal* Best Business Book of the year

Cover design: Kapo Ng
Cover photograph: Siede Preis/Getty Images

Join our nonfiction e-newsletter
by visiting www.dh-newsletters.com

A RANDOM HOUSE TRADE PAPERBACK



# The Truth About the Drug Companies

### HOW THEY DECEIVE US AND WHAT TO DO ABOUT IT

## MARCIA ANGELL, M.D.

*New York Times* Business bestseller

"A scorching indictment of drug companies and their research and business practices . . . tough, persuasive and troubling."
—JANET MASLIN, *The New York Times*

Former editor in chief of *The New England Journal of Medicine*
Winner of the Polk Award

Revised and updated
Includes tips on what you can do to protect your interests

ALSO BY MARCIA ANGELL

*Science on Trial*

# The Truth About the Drug Companies

## HOW THEY DECEIVE US AND WHAT TO DO ABOUT IT

### MARCIA ANGELL, M.D.

RANDOM HOUSE TRADE PAPERBACKS

NEW YORK

2005 Random House Trade Paperback Edition

Copyright © 2004, 2005 by Marcia Angell

All rights reserved.

Published in the United States by Random House Trade Paperbacks, an imprint of The Random House Publishing Group, a division of Random House, Inc., New York.

RANDOM HOUSE TRADE PAPERBACKS and colophon are trademarks of Random House, Inc.

Originally published in hardcover in the United States by Random House, an imprint of The Random House Publishing Group, a division of Random House, Inc., in 2004 in slightly different form.

Library of Congress Cataloging-in-Publication Data
Angell, Marcia.
The truth about the drug companies: how they deceive us and what to do about it / Marcia Angell.
p.   cm.
Includes bibliographical references and index.
ISBN 0-375-76094-6
1. Pharmaceutical industry—United States. 2. Drugs—Prices—United States. 3. Drugs—Research—United States—Finance. 4. Prescription pricing—United States. 5. Advertising—Drugs—United States. 6. Pharmaceutical policy—United States.
HD9666.5.D774   2004
338.4'36151'0973—dc22                    2004041212

Printed in the United States of America
www.atrandom.com

9 8 7 6 5 4 3 2 1

Book design by Victoria Wong

*To Bud*
*and to*
*Lara and Elizabeth*

improvement, even though it is simply what Claritin turns into after it is swallowed. But there is no reason to think Clarinex is an improvement. It was approved for the additional use only because the company decided to test it for that use. If they had tested Claritin for indoor allergies, it would undoubtedly have been the same as Clarinex—because it *is* the same.

### Competing Me-Too Drugs

More often, me-too drugs are made by competing companies, who create their own versions of blockbuster drugs to cut into a market that has already proved both lucrative and expandable. In addition to Prilosec and Nexium, there are three proton pump inhibitors on the market, made by other companies. There are also two competing antihistamines of the Claritin and Clarinex type.

Perhaps the best-known family of me-too drugs is the statins—drugs to lower blood cholesterol levels.[8] In the summer of 2003, the FDA approved the latest of them, AstraZeneca's Crestor. The original statin drug, Merck's Mevacor, came on the market in 1987. It was a truly innovative drug, based on research in many university and government laboratories throughout the world. The potential market was huge, since the theory that high cholesterol contributes to heart disease was gaining ground and the "normal" level of cholesterol was being revised downward. Other companies were quick to produce their own statins. Mevacor was joined by the same company's

me-too drug, Zocor, Pfizer's Lipitor, Bristol-Myers Squibb's Pravachol, Novartis's Lescol, and now Crestor. (Bayer's Baycol had to be removed from the market because, at the approved dose, it caused a deadly side effect.)[9]

There is little reason to think one is any better than another at comparable doses. But to get a toehold in the market, me-too statins were sometimes tested for slightly different outcomes in slightly different kinds of patients, then promoted as especially effective for those uses. For instance, a statin might be tested for how well it prevented future heart attacks in patients who had already had one and then promoted as the only statin approved for that use, even though the other statins, if tested in the same kinds of patients, would likely have shown the same effects.

Or a new statin could be compared with an older one in strengths not likely to be equivalent. That is an extremely common way of breaking into the me-too market—not just for statins but for other families of me-too drugs. The FDA approves a drug not just for a particular use but for a specific dose—and that is the dose the company selects for testing in clinical trials. Choosing that dose is something of an art form, then. Recently, for instance, much was made of a trial showing that Pfizer's Lipitor was more effective in some ways than Bristol-Myers Squibb's Pravachol. But the study, which began in 1998, compared 80 milligrams of Lipitor with only 40 milligrams of Pravachol. These were the approved doses at the time, but since then an 80-milligram dose of Pravachol has also been approved.[10] Would Lipitor be better than the higher dose

of Pravachol? No one can say. Crestor is now promoted as the strongest statin, but that may be because the dose approved by the FDA was relatively high. A larger dose of one of the other statins might be just as good."[11] So whenever a drug company claims its me-too drug is better than another, it is important to ask whether the difference is in the dosing. We also need to remember that higher doses carry greater risks. Some experts worry that Crestor, like Baycol, might prove too dangerous when it comes into widespread use.

Mevacor is now sold as generic lovastatin and is therefore cheaper than the others. But the me-too business relies heavily on marketing, and as a tribute to the fact that nearly anything can be marketed and people persuaded to pay more for it, both Lipitor and Zocor, which are more expensive than lovastatin, were among the top ten drugs in the world in 2002—but not lovastatin.[12] Like Prilosec, Mevacor is no longer mentioned.

Prozac, made by Eli Lilly, was the first of a new type of antidepressant called selective serotonin reuptake inhibitors (SSRIs). It was developed mainly on the basis of research done outside the company. In 1987, the FDA approved Prozac for the treatment of depression; in 1994, for the treatment of obsessive-compulsive disorder; in 1996, for bulimia; and in 1999, for geriatric depression. It rapidly replaced other types of antidepressants because of its milder side effects. Prozac soon accounted for one-quarter of Lilly's revenues, with annual sales reaching $2.6 billion. Seeing the size of the market and its potential for expansion, other companies began turning out SSRIs.

GlaxoSmithKline's Paxil came on the market in 1997, followed by Pfizer's Zoloft in 1999. The upstart Forest Laboratories put itself on the map with its SSRI Celexa, then created a me-too of its me-too, called Lexapro. Prozac lost its patent protection in August 2001 and is now sold as generic fluoxetine at about 80 percent less than it used to cost. Nevertheless, the much more expensive Paxil and Zoloft are in the top ten drugs—but not fluoxetine. Like Prilosec and Mevacor, the original Prozac is forgotten.

But that doesn't mean Eli Lilly just gave up. It tried to stay in the SSRI business by patenting a weekly dosage form of Prozac. And in a move even more audacious than the switches from Prilosec to Nexium or from Claritin to Clarinex, it renamed Prozac Sarafem, colored it pink and lavender, and got FDA approval to market it for "premenstrual dysphoric disorder," its term for severe premenstrual symptoms. Same drug, same dose, but priced three and a half times higher than generic Prozac at my local pharmacy.[13]

### Making It in the Me-Too Business

Success in the me-too market depends on several conditions. First, the market has to be large to accommodate all the competing drugs. For that reason, me-too drugs usually target very common, lifelong conditions—like arthritis or depression or high blood pressure or elevated cholesterol. The conditions are not so serious that they are imminently lethal, but they don't go