# Exhibit C

# Consumer Reports
# BEST BUY DRUGS™
## PROVEN • EFFECTIVE • AFFORDABLE



**Treating Elevated Cholesterol and Heart Disease:**
# The Statins
### Comparing Effectiveness, Safety, and Price












## Our Recommendations

A class of cholesterol-lowering drugs called statins are highly effective and generally safe medicines. In people at risk for heart disease or who have heart disease, statins substantially lower the chances of a heart attack, stroke, and death. But you may not need a statin if your cholesterol is only marginally elevated. Dietary changes may be enough to lower it.

There are seven statins available and they differ in their ability to reduce cholesterol. In addition, the evidence is stronger for some statins when it comes to reducing the risk of heart attack or death from heart disease or stroke.

The statins vary in cost from $33 per month (about $1.00 a day) to $162 per month ($5.33 a day).

Taking the evidence for effectiveness, safety, and cost into account, we have chosen two statins as *Consumer Reports Best Buy Drugs*:

* Generic lovastatin – for people who need to lower their "bad" (LDL) cholesterol by less than 30%. This medicine, costing $1.00 to $1.88 per day, is substantially less expensive than other statins.

* Atorvastatin (Lipitor) – for people who need to reduce their "bad" (LDL) cholesterol by 30% or more, are at high risk of heart disease, or have already had a heart attack or stroke. This proven drug costs more ($4 per day) than lovastatin but is a more potent cholesterol reducer.

A new drug called Vytorin (ezetimibe/simvastatin) is also an option for people at higher risk. It is a potent cholesterol reducer priced well at around $95 for a month's supply, or $3.10 per day. We have not chosen it as a *Best Buy* because it is a novel combination drug whose effectiveness and safety have not yet been fully evaluated.

Most people who need a statin should take the lowest dose possible. High doses pose greater risk – of muscle and liver problems. But some people – such as those who have had heart attacks – may need higher doses.

No matter what dose you take, if you experience muscle aches and pains, contact your doctor immediately.

Also, ask your doctor about splitting your statin pills in half. This can save you money and is an acceptable practice.

*Updated January 2006*

## Welcome

This report on a class of drugs known as statins is part of a Consumers Union and *Consumer Reports* project to help you find safe, effective medicines that give you the most value for your health-care dollar. To learn more about the project and other drugs we've evaluated, visit www.CRBestBuyDrugs.org.

Statins are used to treat high cholesterol and heart disease. Their use has increased sharply in recent years because (a) more evidence for their effectiveness has emerged, (b) doctors have become more comfortable prescribing them, and (c) they have been widely promoted and advertised.

Use of statins among people age 65 and older increased from 12% of that population in 1997 to 27% in 2002, for example. And just under 10% of people aged 20 and older took a statin in 2002, up from 3% in 1994. Use has continued to increase. In 2004, two statins (Lipitor and Zocor) were, respectively, the number one and number two best-selling drugs in the nation.

Statins' effectiveness in reducing the risk of heart attack and stroke (both fatal and non-fatal) has underscored the importance of cholesterol screening. The National Institutes of Health and the National Cholesterol Education Program advise *all people 20 years and older* to get their cholesterol checked at least once every five years. People at risk for heart disease for other reasons (smoking, diabetes, or high blood pressure, for example) may want to do it more often.

Your cholesterol check should include both your LDL and HDL levels. (LDL stands for "low density lipoprotein" and is the "bad" cholesterol. HDL stands for "high density lipoprotein;" it's the "good" cholesterol.) Today, those measures are more meaningful than your total cholesterol, which generally should be below 200mg/dl (milligrams per deciliter) of blood. (See Table 1 on page 5.) Your doctor is also likely to measure your triglyceride levels. This is a type of fat that has been linked to heart disease. In addition to lowering LDL, statins also lower triglycerides.

The increase in the use of statins has also spurred controversy. Some doctors and public health officials are concerned that too many people are turning to statins before trying to lower their levels of LDL cholesterol through dietary and lifestyle change. Studies show that LDL cholesterol can be lowered (generally by 7% to 12%) by even modest reductions of saturated fat in the diet. Similarly, studies show that regular aerobic exercise helps raise HDL.

There is general consensus that all people who need to lower their LDL level should modify their diet *whether or not they are prescribed a statin*. But there is no medical consensus on who should try to lower cholesterol initially by diet alone and who should start taking a statin (or other type of cholesterol-lowering drug) as initial therapy for elevated cholesterol. That decision is left

to your doctor and you, and it is beyond the scope of this report to evaluate or compare diet versus drugs in the treatment of elevated cholesterol.

Seven statins are available by prescription in the U.S. They are:

| Generic Name | Brand Name(s) | Available as a Prescription Generic Drug? |
|---|---|---|
| Atorvastatin | Lipitor | No |
| Fluvastatin | Lescol, Lescol XL | No |
| Lovastatin | Mevacor, Altoprev | Yes |
| Pravastatin | Pravachol | No* |
| Simvastatin | Zocor | No* |
| Simvastatin/ezetimibe | Vytorin | No |
| Rosuvastatin | Crestor | No |

*Generic version expected in 2006.

Other cholesterol-lowering medicines are available, but they are less widely prescribed. Talk to your doctor about whether these other medicines (such as niacin or ezetimibe) may be useful for you, possibly in combination with a statin. We'd also recommend talking with your doctor or a nutritionist about dietary changes that could help lower your cholesterol. Even after years of attention to this issue, many people remain confused about what constitutes a heart-healthy diet. For example, many Americans still believe that cutting eggs out of their diet will do the trick. It won't if the rest of your diet is high in saturated fats from meat, margarine, butter, and other high-fat dairy products.

This report is based on a systematic analysis of the medical evidence on the effectiveness of statins. There's more information on page 16 and at www.CRBestBuyDrugs.org about how we conducted our analysis.

*This report was last updated in January 2006.*



# What Are Statins and Who Needs Them?

Statins work by blocking an enzyme needed to make cholesterol. The body needs cholesterol to maintain good health. But high blood levels of LDL cholesterol and low levels of HDL cholesterol are associated with a sharply increased risk of arterial blockage throughout the body that can eventually lead to heart attack and stroke, and peripheral artery disease in the legs.

Your doctor may prescribe a statin if blood tests determine that you have high LDL cholesterol (above 160 mg/dl for some; 130 mg/dl for others) or low HDL cholesterol (below 40mg/dl for most people), and if diet and exercise changes fail or are unlikely to bring your LDL level down to an acceptable level.

Your doctor also may prescribe a statin (irrespective of your LDL or HDL levels) if you:

- Have other conditions or habits, such as diabetes, high blood pressure, or cigarette smoking that already put you at high risk of having a heart attack or stroke.
- Have known coronary artery or cerebrovascular disease.
- Have already had a heart attack or stroke.

Your doctor will likely recommend a healthy "target" LDL level, which will depend on your medical history and your overall risk of heart disease and stroke.

For most people who are prescribed a statin, the target will be to lower LDL cholesterol to 130mg/dl or less. However, new recommendations from the National Institutes of Health and the American Heart Association indicate that an LDL level of 100mg/dl or lower may be desirable for some people and an LDL level of 70mg/dl or lower may be desirable for those who have had a heart attack or stroke. Tables 1 and 2 on this page and the next give a quick rundown of the latest advice on cholesterol lowering.

Once your doctor advises use of a statin, the two of you face a decision about which one and at what dose. The choice has become more complex in recent years as evidence has mounted that the effectiveness and *potential harmful effects* of statins is increased with the use of larger doses. But, for some people, aggressively lowering LDL cholesterol may be needed to more sub-

### Table 1. What Should Your Cholesterol Levels Be?*

| Total Cholesterol Level | Category |
|---|---|
| Less than 200mg/dl | Desirable |
| 200-239mg/dl | Borderline |
| 240mg/dl and above | High |

| LDL Cholesterol Level | Category |
|---|---|
| Less than 100mg/dl | Optimal |
| 100-129mg/dl | Okay but less than optimal |
| 130-159mg/dl | Borderline high |
| 160-189mg/dl | High |
| 190mg/dl and above | Very High |

| HDL Cholesterol Level | Category |
|---|---|
| Less than 40mg/dl | Risky, not good |
| 41-59mg/dl | Okay but less than optimal |
| 60mg/dl and above | Good, helps lower risk |

* This table applies primarily to people with no other risk factors for heart disease
Source: Adapted from National Cholesterol Education Program, *High Blood Cholesterol – What You Need to Know*, Revised June 2005. NIH Publication No. 05-3290

stantially lower the risk of heart attack and stroke. This may mean a stricter diet with a lower dose of statin or it could mean taking a higher statin dose. The next section discusses your choices.



| Table 2. Latest Advice on LDL Cholesterol Reduction[1] ||| 
| --- | --- | --- |
| Risk | Criteria and Factors[2] | Reduce LDL to:[3] |
| **Low** Less than 10% chance of heart attack or death from heart disease over 10 years | -No current heart disease -No or only one risk factor | -Below 160mg/dl -Below 130mg/dl may be better for some people |
| **Moderate** 10% chance of heart attack or death from heart disease over 10 years | -No current heart disease -Two risk factors | -Below 130mg/dl -Below 100mg/dl may be better for some people |
| **Moderately High** 10% to 20% chance of heart attack or death from heart disease over 10 years | -Two or more risk factors | -Below 130mg/dl -Below 100mg/dl is better |
| **High** Greater than 20% chance of heart attack or death from heart disease over 10 years | -Known heart or blood vessel disease -Diabetes -Multiple risk factors | -Below 100mg/dl -Below 70mg/dl is better |

(1) Adapted from the National Cholesterol Education Program, National Institutes of Health, July 2004; Circulation (July 13, 2004): Vol.110, pages 227-239
(2) The most important risk factors for heart disease, heart attack, and stroke are cigarette smoking; having diabetes and/or high blood pressure, and elevated LDL cholesterol or low HDL cholesterol. Other risk factors include being overweight, getting no or little exercise, a family history of early heart disease, and high triglycerides.
(3) mg/dl stands for milligrams per deciliter of blood. Your doctor can explain this measure.

## Choosing a Statin – Our *Best Buy* Picks

Statins are proven medicines that are generally quite safe. All have been shown to reduce elevated LDL ("bad") cholesterol. And most have been proven to lower the risk of heart attack and death from heart disease.

But the statins differ in their ability to reduce LDL cholesterol. And the evidence is stronger for certain statins when it comes to reducing your risk of heart attack or death from heart disease or stroke.

The statins also vary widely in cost, from $33 a month (about $1.00 a day) to $162 a month ($5.33 a day.)

To choose a statin, you and your doctor will want to consider:

- The amount of LDL cholesterol reduction you require to meet your target LDL level.
- Your risk factors for heart disease.
- The strength of evidence for each statin drug.
- The cost for a month's supply of the drug. (Remember, you may have to take this medicine everyday for years).
- The possibility of drug interactions with medicines you are already taking.

Our recommendations are for two groups of potential statin users: Those who require LDL reductions of less than 30% to reach their target LDL and those who require LDL reductions of 30% or more, have heart disease or diabetes, or have had a heart attack or stroke.

The 30% differentiation point is not arbitrary. Many people have only slightly or moderately elevated LDL cholesterol and may simply not need one of the more potent statins (if they need a statin at all). And that has a significant cost impact in this category of drugs. Another reason the 30% differentiation point makes sense is that the statin drugs fall along a spectrum in their potency to reduce LDL. All of the more potent drugs are capable of yielding a 30% or greater LDL reduction for most people while the less potent statins are generally less effective in bringing about a 30% or greater drop. (Note: the previous version of this report issued in December 2004 used a 40% differentiation point. We amended it after further consideration of the data on elevated cholesterol.) Tables 3 and 4 on page 8 and 10 give you a run down of average statin potency. Remember, your actual LDL reduction over time may vary from the averages or ranges given.

### If you require LDL reduction of less than 30%

Generic **lovastatin** is our clear *Best Buy*, taking the evidence for effectiveness and safety, and cost, into account. At a cost of around $1.00 to $1.88 a day, this medicine is substantially less expensive than other statins at the recommended doses of 10mg, 20mg, or 40mg. Studies have shown the drug effective and as the oldest statin on the market it has a long safety record at these doses.

As you can see from Table 3, the average LDL reduction with generic lovastatin is 21% to 31%.

As is the case with all prescription medicines, if generic lovastatin does not lower your LDL enough, your doctor may advise switching to another statin listed in Table 3. Alternatively, he or she could choose to prescribe a second cholesterol-lowering drug to be taken along with lovastatin, such as ezetimibe (Zetia), generic niacin, or colesevelam (Welchol). The added cost may be a consideration, especially with ezetimibe and colesevelam which are not available as generics. Taking lovastatin plus niacin (which generally costs less than $15 for a month's supply) would likely be less expensive than switching to a brand-name statin such as Lipitor or Zocor. Niacin has the added benefit of increasing HDL levels. But it may also slightly increase the risk of muscle problems.

If you are now taking one of the other more expensive statins and your LDL was in fact only marginally elevated when you began taking it, we suggest talking with your doctor. It may be that your health insurance or pharmacy benefit plan preferentially covers that statin. If so, you may want to stick with it if your co-pay for the drug is the lowest available under your plan. Be aware, though, that in many health insurance plans now, all generics have a lower co-pay (for example $7) than brands (for example $25 or more). So if you are taking a brand-name

### Table 3. Statin Choices for People Who Require LDL Lowering of Less than 30%

| Generic Name And Dose Per Day | Brand Name[1] | Average Monthly Cost[2] | Average Expected LDL Reduction | Reduces the Risk of Heart Attack?[3] | Mortality Reduction? |
|---|---|---|---|---|---|
| **Atorvastatin** | **Lipitor** | | | Yes | Yes |
| Atorvastatin 10mg | Lipitor | $85 | 34%-38% | | |
| Atorvastatin 20mg | Lipitor | $123 | 42%-46% | | |
| **Ezetimibe/simvastatin** | **Vytorin** | | | Yes[4] | Yes[4] |
| Ezetimibe/simvastatin 10mg/10mg | Vytorin | $95 | 45% | | |
| Ezetimibe/simvastatin 10mg/20mg | Vytorin | $95 | 52% | | |
| **Fluvastatin** | **Lescol** | | | Likely | Likely |
| Fluvastatin 20mg | Lescol | $69 | 22% | | |
| Fluvastatin 40mg | Lescol | $67 | 25% | | |
| **Lovastatin** | | | | Yes | Likely[5] |
| Lovastatin 10mg ★ | Generic | $33 | 21% | | |
| Lovastatin 20mg ★ | Generic | $37 | 24%-27% | | |
| Lovastatin 40mg ★ | Generic | $57 | 31% | | |
| Lovastatin 10mg | Mevacor | $43 | 21% | | |
| Lovastatin 20mg | Mevacor | $83 | 24%-27% | | |
| Lovastatin 40mg | Mevacor | $148 | 31% | | |
| Lovastatin 20mg longacting | Altoprev | $98 | 30% | Yes[6] | Likely[6] |
| Lovastatin 40mg longacting | Altoprev | $101 | 36% | | |
| **Pravastatin** | **Pravachol** | | | Yes | Yes |
| Pravastatin 10mg | Pravachol | $110 | 18%-25% | | |
| Pravastatin 20mg | Pravachol | $108 | 23%-29% | | |
| Pravastatin 40mg | Pravachol | $162 | 26%-34% | | |
| **Rosuvastatin** | **Crestor** | | | Likely | Likely |
| Rosuvastatin 5mg | Crestor | $101 | 39%-46% | | |
| **Simvastatin** | **Zocor** | | | Yes | Yes |
| Simvastatin 10mg | Zocor | $87 | 26%-33% | | |
| Simvastatin 20mg | Zocor | $154 | 30%-40% | | |

(1) "Generic" indicates drug sold by generic name, lovastatin.
(2) Prices reflect nationwide retail average for October 2005, rounded to nearest dollar; data provided by NDCHealth, a healthcare information company.
(3) Nonfatal and fatal heart attack plus deaths attributed to heart disease.
(4) The combination of these two drugs has not been proven but simvastatin has. The benefit is assumed for the combination.
(5) Lovastatin has not been proven to reduce deaths, but the evidence strongly points in that direction.
(6) Based on the results for shorter-acting versions of lovastatin.

★ = CR Best Buy

statin (say, Lipitor or Zocor) and paying $25 each time you fill a prescription, you might save money by switching to generic lovastatin if your doctor agrees this is an option for you.

If you are getting your drugs by mail order for a 90 day supply – as is common these days – your out-of-pocket costs for lovastatin could also be lower.

If you do not have health insurance or coverage for prescription drugs, or you must pay a substantial part of your drug costs out of your own pocket, we recommend that you talk to your doctor about generic lovastatin if you need less than 30% reduction in your LDL levels, and you are not otherwise at higher risk for heart disease.

We also urge you to watch for generic pravastatin in 2006. This drug is now available only as brand-name Pravachol but its price will decline when it become available as a generic. If you are taking this medicine, you'll want to make the switch.

### If you require LDL reduction of 30% or more, have heart disease or diabetes, or have had a heart attack

Table 4 on page 10 presents your statin options if you are in this category. Taking effectiveness, safety, and cost into account, we have chosen **atorvastatin (Lipitor)** as the *Best Buy*.

Lipitor is a proven medicine that now has a solid track record on both effectiveness and relative safety. It reduces LDL by 34% to 54% depending on dose, and has been proven to reduce heart attacks and death from heart disease. It is on most insurance company and government drug formularies. Unfortunately, it is fairly expensive, at $85 to $124 for a month's supply. No generic of it is available.

A new drug called Vytorin is also an option if you need a more potent cholesterol reducer. It is priced well at around $95 for a month's supply. However, we have not chosen it as a *Best Buy* because it is a novel combination drug whose effectiveness and safety have not yet been fully evaluated.

Vytorin is a combination of two drugs. One is a well-established statin, simvastatin (Zocor). The other is a drug named ezetimibe (Zetia). Ezetimibe works by absorbing dietary cholesterol. All the forms of Vytorin contain a fixed amount (10mg) of ezetimibe and different doses of simvastatin, ranging from 10mg to 80mg. The combination can be quite potent, reducing LDL on average by 45% to 60%. Simvastatin is a proven drug with a substantial safety record.

Several isolated reports in the medical literature have indicated, however, that the combination of ezetimibe and a statin may pose risks greater than those of statins alone for muscle problems. This observation is not conclusive by any means but you may want to talk to your doctor about it if he or she prescribes Vytorin for you.

Along with Pravachol, Zocor will lose patent protection in 2006. When that happens, generic simvastatin will gradually become much less expensive than Zocor. Many insurers and pharmacy benefit managers are already urging people who take a potent statin to switch to Zocor so they can take advantage of generic simvastatin when it becomes available. You may want to talk with your doctor about this.

Statin switchers in the latter half of 2006 could then choose generic simvastatin and – if they still need more cholesterol-lowering – take a non-statin such as inexpensive niacin. This could emerge as an alternative to Vytorin.

What about the other statins? As you can see in Table 4, fluvastatin (Lescol) and rosuvastatin (Crestor) are priced below Lipitor and in the same range as Vytorin. Lescol delivers less LDL lowering and although Crestor delivers a higher range of LDL lowering, both drugs have not been shown conclusively to reduce heart attacks and deaths as have the other statins. Additionally, some studies have linked Crestor to a higher risk of muscle and kidney problems than exists for other statins. Other studies have found the risk about the same for all statins, including Crestor. If you are taking Crestor, you may want to check with your doctor about this issue.

Altoprev (long-acting lovastatin) at 60mg is also priced below Lipitor. But definitive studies of the long-acting version are lacking, and the average

magnitude of LDL reduction, even at 20mg or 40mg, is higher with Lipitor than with Altoprev 60mg. We will be closely following the evidence on Vytorin in the months ahead. In the summer of 2006, we will also look closely at the statin prices and update this report as needed.

There are two other issues you should know about as you and your doctor choose a statin. One is that for people who have a higher risk of heart attack, recent studies indicate that the more you lower your LDL, the more you reduce your risk of heart attack and stroke. Higher doses of statins

### Table 4. Statin Choices for Higher Risk People

| Generic Name And Dose Per Day | Brand Name[1] | Average Monthly Cost[2] | Average Expected LDL Reduction | Reduces the Risk of Heart Attack?[3] | Mortality Reduction? |
|---|---|---|---|---|---|
| **Atorvastatin** | **Lipitor** | | | Yes | Yes |
| Atorvastatin 20mg | Lipitor | $123 | 42% to 46% | | |
| Atorvastatin 40mg | Lipitor | $124 | 47% to 51% | | |
| Atorvastatin 80mg | Lipitor | $123 | 46% to 54% | | |
| **Ezetimibe/simvastatin** | **Vytorin** | | | Likely[4] | Likely[4] |
| Ezetimibe/simvastatin 10mg/10mg | Vytorin | $95 | 45% | | |
| Ezetimibe/simvastatin 10mg/20mg | Vytorin | $95 | 52% | | |
| Ezetimibe/simvastatin 10mg/40mg | Vytorin | $95 | 55% | | |
| Ezetimibe/simvastatin 10mg/80mg | Vytorin | $98 | 60% | | |
| **Fluvastatin** | **Lescol** | | | Likely | Likely |
| Fluvastatin XL 80mg | Lescol XL | $89 | 35% | | |
| **Lovastatin** | | | | Yes | Likely[6] |
| Lovastatin 80mg[5] | Generic | $114 | 39%-48% | | |
| Lovastatin 60mg longacting | Altoprev | $107 | 40% | | |
| **Pravastatin** | **Pravachol** | | | Yes | Yes |
| Pravastatin 80mg | Pravachol | $159 | 30%-37% | | |
| **Rosuvastatin** | **Crestor** | | | Likely | Likely |
| Rosuvastatin 10mg | Crestor | $99 | 43%-50% | | |
| Rosuvastatin 20mg | Crestor | $96 | 52%-55% | | |
| Rosuvastatin 40mg | Crestor | $95 | 55%-60% | | |
| **Simvastatin** | **Zocor** | | | Yes | Yes |
| Simvastatin 20mg | Zocor | $152 | 30%-40% | | |
| Simvastatin 40mg | Zocor | $154 | 35%-45% | | |
| Simvastatin 80mg | Zocor | $154 | 40%-50% | | |

(1) "Generic" indicates drug sold by generic name, lovastatin.
(2) Prices reflect nationwide retail average for October 2005, rounded to nearest dollar; data provided by NDCHealth, a healthcare information company.
(3) Nonfatal and fatal heart attack plus deaths attributed to heart disease.
(4) The combination of these two drugs has not been proven but simvastatin has. The benefit is assumed for the combination.
(5) Requires taking two 40 mg tablets.
(6) Lovastatin has not been proven to reduce deaths, but the evidence strongly points in that direction.

reduce LDL cholesterol more than lower doses. Hence, pressure has been building to prescribe higher doses.

But higher doses come with added risks. Higher doses of all statins have been linked to muscle aches, soreness, tenderness, or weakness. Up to one in 20 people who take a statin experience these symptoms. Higher doses have also been linked to a higher risk of a life-threatening form of muscle breakdown called rhabdomyolysis. This can lead to permanent kidney damage and coma.

We advise caution with dosing. In general, you should take the lowest dose of a statin necessary to meet your LDL target, even if you need to lower your LDL by 30% or more. People who have been diagnosed with heart disease and especially those who have had a heart attack may be advised to start with a higher dose (40mg or 80mg) and carefully monitor their side effects.

## People with special considerations

Table 5 below presents statin recommendations for people with certain medical conditions. Your doctor should help you determine which statin is safest and most effective if you have one of these conditions.

In particular, medicines for HIV and AIDS and those used to prevent rejection of transplanted organs can



increase the toxicity of statins. Statins can also increase the effect of blood thinners, such as warfarin, and interact with many other medications, including those used to control blood pressure.

This is not a comprehensive list. Your doctor may advise a particular statin if you have other conditions or chronic diseases. It's wise to tell your doctor about any medicine you are taking, prescription or nonprescription.

| Table 5. Statin Choices for People With Special Considerations ||| 
|---|---|---|
| Consideration | Frequently Recommended Statins[1] | Comment |
| Kidney transplant patients taking cyclosporine | Fluvastatin (Lescol)<br>Pravastatin (Pravachol) | Both are safe and effective. Lescol is less proven than Pravachol. |
| HIV-positive patients taking protease inhibitors | Atorvastatin (Lipitor)<br>Fluvastatin (Lescol)<br>Pravastatin (Pravachol) | Low doses of statins are strongly advised. |
| Patients taking gemfibrozil (Lopid) | Atorvastatin (Lipitor)<br>Lovastatin (generic)<br>Simvastatin (Zocor) | Follow FDA warnings. Consider switch to generic fenofibrate. |
| Patients taking warfarin (Coumadin) | All statins | May require adjustment in dose of the blood thinner. |

(1) Because they have been shown effective in this population of patients
(2) Protease inhibitors are indinivir, nelfinavir, ritonavir, saquinavir, amprenavir, lopinavir/ritonavir.

## Pill Splitting

There is another way you can save money if you need to take a statin – split your pills in half. As you can see from Tables 3 and 4, some statins cost more at higher doses but others cost the same. Generic lovastatin varies in price, for example, for the 10mg, 20mg, and 40mg doses but Lipitor at doses of 20mg, 40mg, and 80mg cost the same. When larger doses cost the same as the smaller dose, you can save money by getting the larger dose and splitting the pills in half.

Several recent studies indicate that most statins can be split in half without any loss of effectiveness. Both government and private sector health facilities (including the Veteran's Affairs health system) accept – and in some cases even encourage – this practice.

You should, however, consult your doctor before splitting your statin pills. Some people find pill splitting difficult to do.

If you and your doctor agree that you can split your pills, you should use a pill splitter to make certain that the two halves are the same size and therefore provide the correct dose each day. The simple devices cost $5 to $20 and are widely available. A good practice is to split your pills one at a time and take the second half as your next dose.

### Table 6. Pill Splitting Could Save You Money[1]

| Statin, Daily Dose | Average Monthly Cost[2] | Potential Monthly Saving if Larger Dose Split in Half | Resulting Average Monthly Cost with Split Pills |
|---|---|---|---|
| Lovastatin (generic) 10mg | $33 | $14.50 | $18.50 |
| Atorvastatin (Lipitor) 10mg | $85 | $23.50 | $61.50 |
| Atorvastatin (Lipitor) 40mg | $124 | $62.50 | $61.50 |
| Pravastatin (Pravachol) 10mg | $110 | $54 | $56 |
| Simvastatin (Zocor) 20mg | $154 | $77 | $77 |

(1) In 3rd column – monthly savings – larger dose used for calculation is dose one size up from dose indicated in first column.
(2) Prices reflect nationwide retail average for October 2005, rounded to nearest dollar; data provided by NDCHealth, a healthcare information company.

## The Evidence

*This section presents more information on the effectiveness and safety of statins.*

### How Effective Are Statins?

Statins have been shown to be very effective medicines. They reduce the risk of a first heart attack and repeat heart attacks, as well as the risk of death from heart attacks, other forms of heart disease, and overall. But some statins have been studied more extensively than others in terms of both their effectiveness and their safety. And ongoing research continues to define how the statins work and how they differ.

Generally, three criteria are used to measure the effectiveness of statins:

- Reduction of non-fatal heart attacks

- Reduction of deaths from heart attacks

- Reduction of death from other causes, including stroke and other forms of heart disease

### Reduction of Heart Attacks

Four statins – atorvastatin (Lipitor), lovastatin (Mevacor, Altoprev), pravastatin (Pravachol), and simvastatin (Zocor) – have been proven to reduce the risk of heart attack over three to five years of use. And strong evidence indicates that their benefit outweighs any risk of harm due to side effects or problems associated with long-term use.

The evidence is less definitive for two other statins: fluvastatin (Lescol and Lescol XL) and rosuvastatin (Crestor). Rosuvastatin (Crestor) is currently being evaluated in long-term studies. Studies of Vytorin have not yet evaluated its effectiveness in reducing heart attacks. Approval of the drug by the FDA was granted on the basis that Vytorin's two active components – ezetimibe and simvastatin – have been separately evaluated. As mentioned, simvastatin has been shown to reduce heart attacks in clinical trials. But ezetimibe has not.

Importantly, the statin drugs do not eliminate the risk of having a first or a repeat heart attack. In one three-year study assessing prevention of a first heart attack, 5% of people taking a placebo (a sugar pill) had a heart attack versus 3% taking a statin. But, in general, the higher your risk of having a heart attack, the more a statin reduces that risk.

### Reduction of Deaths

The same four statins (atorvastatin, lovastatin, pravastatin, and simvastatin) have been shown to reduce deaths from heart attack in patients who have a history of heart disease, or risk factors for heart disease, such as diabetes and high blood pressure.

In addition, two of the statins – Pravachol and Zocor – have been shown to reduce the overall risk of dying in people considered to be at low risk of heart disease or heart attack. A major study of lovastatin has strongly suggested a similar benefit. Lipitor has only been tested, and shown effective, in reducing deaths in high risk patients. But here, too, the evidence strongly suggests that it would be effective in reducing deaths among low-risk people as well.

### People Who Have Had a Heart Attack

Starting a statin very soon after a heart attack can reduce the risk of death substantially – and this treatment is fast becoming routine practice. In one important recent head-to-head study in people who had a heart attack, a high dose of Lipitor (80mg) proved to be more effective in reducing the death rate than a moderate dose of Pravachol (40mg). In a second recent study, 80mg of Lipitor reduced non-fatal heart attacks more than a 20mg dose of Zocor but there was no significant difference in the number of deaths among people who took the two different drugs and doses.

While high doses of other statins given immediately after a heart attack may prove to be as effective as Lipitor, Lipitor currently is the only proven choice in this situation. That said, as we discussed earlier in this report, high doses any statin are generally reserved for those at highest risk.

### How Safe Are Statins?

Overall, the statins appear to be quite safe after more than a decade of widespread use. But they can have two important adverse effects: muscle tissue damage and liver damage. Also, women who are pregnant or trying to become pregnant or who are breast feeding should not take a statin.

### Muscle Tissue Damage

The symptoms are muscle aches, soreness, tenderness, or weakness. Roughly 1% to 5% of people who take a statin experience these symptoms. This includes people taking lower doses, although low doses (10mg and 20mg) are much less likely to cause problems.

The symptoms of muscle and liver problems include unexplained muscle weakness or pain, feeling very tired even though you've slept well, nausea and vomiting, stomach pain, brown or dark colored urine, and yellowing skin. *Consult your doctor immediately if you begin to have these symptoms.* Usually, the symptoms go away within days or weeks after you stop taking the drug.

Rarely, statins cause a life-threatening form of muscle breakdown called rhabdomyolysis. This can lead to permanent kidney damage and coma. One statin, cerivastatin (Baycol), was withdrawn from the U.S. market in 2001 because it caused several deaths from rhabdomyolysis.

Larger doses of statins raise the risk of muscle aches, weakening, and rhabdomyolysis. Taking a statin in combination with certain other drugs (gemfibrozil, verapamil, and niacin; check with your doctors for a list of others) can also significantly increase the risk of muscle damage and rhabdomyolysis. Research is also underway now to see if the cholesterol-lowering drug ezetimibe (Zetia) increases the risk of muscle problems or rhabdomyolysis (either alone or in combination with simvastin as Vytorin). Some very preliminary evidence suggested this may be the case.

Other factors that may increase the risk include hypothyroidism, surgery or trauma, heavy exercise, excessive alcohol intake, and kidney or liver disease.

### Liver damage

Liver damage while taking a statin is uncommon, and it is usually mild. Nevertheless, the FDA advises that all patients prescribed a statin have liver function tests before and periodically after starting treatment. Talk with your doctor about those tests.

### Difference Among Statins

Overall, the statins at low doses do not differ with respect to the risks of these adverse effects. Generally, people taking 10mg and 20mg of any of the statins are at very low risk of muscle or liver problems.

However, studies in recent years have raised concerns about muscle damage associated with high doses of some of the statins. For example, one recent study found that 80mg of simvastatin (Zocor) caused muscle damage in nine people. Three developed rhabdomyolysis. The risk of rhabdomyolysis was higher than expected, but the three patients had other risk factors for the complication. The largest study of the safety of a statin followed 8,245 people who took generic lovastatin in doses of 20mg, 40mg, or 80mg for four years. The incidence of muscle and liver problems increased with increasing doses.

Most experts believe – and the evidence so far strongly suggests – that all the statins have the potential to cause muscle problems at high doses. But until definitive studies are done, it is not clear whether some statins now on the market may pose more risk than others. As stated earlier in this report, several studies have suggested than rosuvastatin (Crestor) may pose such a greater risk. Studies are underway to clarify whether this is true or not, and in general to track the safety of statins.

Finally, studies have shown that grapefruit juice can enhance the absorption of all statin drugs. While no studies have found any ill effects from this, in theory it could increase the potential for muscle and liver problems, or other minor side effects.

### Age, Race, and Gender Differences

Women, people over age 65, and various ethnic groups have been under-represented in the major studies of statins. A recent review of statin studies suggested that the drugs are equally effective and safe in men, women, and people over age 65.

The benefits of statins are less certain, however, in women who have very marginally elevated LDL and do not already have heart disease. We advise those women to discuss this issue with their doctors.

Also, if you are of Asian heritage, the FDA has asked the manufacturer of the newest statin, rosuvastatin (Crestor), to do additional studies to determine the appropriate dosage of that drug in Asian-Americans. Studies indicate that Asian-Americans are more vulnerable to side effects and muscle problems if they take high doses of Crestor.

## Talking With Your Doctor

It's important for you to know that the information we present here is not meant to substitute for a doctor's judgment. But we hope it will help your doctor and you arrive at a decision about which statin drug or dose is best for you, and which is the *Best Buy Drug* for you.

Bear in mind that many people are reluctant to discuss the cost of medicines with their doctors and that studies show doctors do not routinely take price into account when prescribing medicines. Unless you bring it up, your doctors may assume that cost is not a factor for you.

Many people (including many physicians) also believe that newer drugs are always or almost always better. While that's a natural assumption to make, the fact is that it's not true. Studies consistently show that many older medicines are as good as, and in some cases better than, newer medicines. Think of them as "tried and true," particularly when it comes to their safety record. Newer drugs have not yet met the test of time, and unexpected problems can and do crop up once they hit the market.

Of course, some newer prescription drugs are indeed more effective and safer. Talk with your doctor about the pluses and minuses of newer versus older medicines, including generic drugs.

Prescription medicines go "generic" when a company's patents on a drug lapse, usually after about 12 to 15 years. At that point, other companies can make and sell the drug.

Generics are almost always much less expensive than newer brand name medicines, but they are not lesser quality drugs. Indeed, most generics remain useful medicines even many years after first being marketed. That is why today about 47% of all prescriptions in the U.S. are for generics.

As you have learned in this report, one statin—lovastatin—is available as a generic, with several versions available.

Another important issue to talk with your doctor about is keeping a record of the drugs you are taking. There are several reasons for this:

- First, if you see several doctors, they may not always tell each other which drugs have been prescribed for you.

- Second, it is very common for doctors today to prescribe several medicines for you before finding one that works well or best, mostly because people vary in their response to prescription drugs.

- Third, more and more people today take several prescription medications, nonprescription drugs and supplements all at the same time. Many of these interact in ways that can be very dangerous. For example, statins interact with a blood thinning drug called warfarin, requiring the dose of warfarin to be adjusted.

- And fourth, the names of prescription drugs—both generic and brand—are often hard to pronounce and remember.

For all these reasons, it's important to keep a list of the drugs you are taking, both prescription and nonprescription and including dietary supplements.

Always be sure, too, that you understand the dose of the medicine being prescribed for you and how many pills you are expected to take each day. Your doctor should tell you this information. When you fill a prescription at the pharmacy, or if you get it by mail, you may want to check to see that the dose and the number of pills per day on the pill bottle match the amounts that your doctor told you.

## How We Picked the *Best Buy* Statins

Our evaluation is based on an independent scientific review of the evidence on the effectiveness, safety and adverse effects of statins. A team of physicians and researchers at the Oregon Health & Science University Evidence-based Practice Center conducted the analysis as part of the Drug Effectiveness Review Project, or DERP. DERP is a first-of-its-kind 14-state initiative to evaluate the comparative effectiveness and safety of hundreds of prescription drugs.

A synopsis of DERP's analysis of the statins forms the basis for this report. A consultant to *Consumer Reports Best Buy Drugs* is also a member of the Oregon-based research team, which has no financial interest in any pharmaceutical company or product.

The full DERP review of statins is available at http://www.ohsu.edu/drugeffectiveness/reports/final.cfm. (Note: This a long and technical document written for physicians.) This update of our original statin report (issued in December 2004) also relied on recent studies and review articles on statin drugs.

The prescription drug costs we site were obtained from a healthcare information company that tracks U.S. sales of prescription drugs. Prices for a drug can vary quite widely, even within a single city or town. All the prices in this report are national averages based on sales of prescription drugs in retail outlets. They reflect the cash price paid for a month's supply of each drug in October 2005.

Consumers Union and *Consumer Reports* selected the *Best Buy Drugs* using the following criteria. The drug (and dose) had to:

- Be in the top tier of effectiveness among the seven statins
- Have a safety record equal to or better than other statins
- Have an average price for a 30-day supply that is lower than the most costly statin meeting the first two criteria.

The *Consumers Reports Best Buy Drugs* methodology is described in more detail in the methods section at www.CRBestBuyDrugs.org.

## About Us

Consumers Union, publisher of Consumer Reports magazine, is an independent and nonprofit organization whose mission since 1936 has been to provide consumers with unbiased information on goods and services and to create a fair marketplace. Its website is www.consumer.org. The magazine's website is www.consumerreports.org.

Consumer Reports Best Buy Drugs is a public education project administered by Consumers Union. Two outside sources of generous funding made the project possible. They are a major grant from the Engelberg Foundation, a private philanthropy, and a supporting grant from the National Library of Medicine, part of the National Institutes of Health. A more detailed explanation of the project is available at www.CRBestBuyDrugs.org.

We followed a rigorous editorial process to ensure that the information in this report and on the Consumer Reports Best Buy Drugs website is accurate and describes generally accepted clinical practices. If we find, or are alerted to, an error, we will correct this as quickly as possible. However, Consumer Reports and its authors, editors, publishers, licensors and any suppliers cannot be responsible for medical errors or omissions, or any consequences from the use of the information on this site. Please refer to our user agreement at www.CRBestBuyDrugs.org for further information.

Consumer Reports Best Buy Drugs should not be viewed as a substitute for a consultation with a medical or health professional. This report and the information on www.CRBestBuyDrugs.org are provided to enhance your communication with your doctor, rather than to replace it.

## Sharing this Report

This copyrighted report can be freely downloaded, reprinted and disseminated for individual noncommercial use without permission from Consumers Union or *Consumer Reports®* magazine as long as it clearly attributed to *Consumer Reports Best Buy Drugs*™. We encourage its wide dissemination as well, for the purpose of informing consumers. However, Consumers Union does not authorize the use of its name or materials for commercial, marketing, or promotional purposes. Any organization interested in broader distribution of this report should contact Wendy Wintman at wintwe@consumer.org. *Consumer Reports Best Buy Drugs*™ is a trademarked property of Consumers Union. All quotes from the material should site *Consumer Reports Best Buy Drugs*™ as the source.

© *Consumers Union 2005*

## References

1. Pedersen, T.R et al., High-dose atorvastatin vs. usual dose simvastatin for secondary prevention after myocardial infarction – The IDEAL study. *JAMA* (November 15, 2005), 294:2437-2445
2. Cannon, C.P., The IDEAL cholesterol: lower is better, *JAMA* (November 16, 2005), 294:2492-2494
3. Carrol, M.D. et al, Trends in serum lipids and lipoproteins of adults, 1960-2002, *JAMA* (October 12, 2005), Vol 294: 1773-1781
4. Arnett, D.K. et al, Twenty year trends in serum cholesterol, hypercholesterolemia and cholesterol medication use, 1980-2002, *Circulation* (December 20, 2005), Vol. 112
5. Fox. R. et al, Ezetimibe and statin-associated myopathy, *Ann. Int. Med* (April 2004), Vol. 140: 671-672
6. "Drugs for Lipids," *The Medical Letter* (March 2005), Vol 3, Issue 31.
7. Sever, P.S., et al., Prevention of coronary and stroke events with atorvastatin in hypertensive patients who have average or lower-than-average cholesterol concentrations, in the Anglo-Scandinavian Cardiac Outcomes Trial–Lipid Lowering Arm (ASCOT-LLA): a multicentre randomised controlled trial. [comment]. *Lancet*, 2003. 361(9364): p.1149-58.
8. Sever, P.S., et al., Rationale, design, methods and baseline demography of participants of the Anglo-Scandinavian Cardiac Outcomes Trial. ASCOT investigators. *Journal of Hypertension*, 2001. 19(6): p.1139-47.
9. Sever, P.S., et al., Anglo-Scandinavian Cardiac Outcomes Trial: a brief history, rationale and outline protocol. *Journal of Human Hypertension.*, 2001.15 (Suppl 1): p.S11-2.
10. Downs, J.R., et al., Primary prevention of acute coronary events with lovastatin in men and women with average cholesterol levels results of AFCAPS/TexCAPS. Air Force/Texas Coronary Atherosclerosis Prevention Study. *JAMA*, 1998. 279: p.1615-22.
11. Shepherd, J., et al., Prevention of coronary heart disease with pravastatin in men with hypercholesterolemia. West of Scotland Coronary Prevention Study Group. *New England Journal of Medicine*, 1995. 333(20): p.1301-7.
12. Sacks, F.M., et al., The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. Cholesterol and Recurrent Events Trial investigators. *New England Journal of Medicine*, 1996. 335(14): p. 001-9.
13. Anonymous, Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of intial cholesterol levels. *New England Journal of Medicine*, 1998. 339: p.1349-57.
14. Pedersen, T.R., Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease The Scandinavian Simvastatin Survival Study (4S. *Lancet*, 1994. 344: p.1383-1389.
15. Group, H.P.S.C., MRC/BHF Heart Protection Study of cholesterol lowering with simvastatin in 20,536 high risk individuals: a randomised placebo-controlled trial. *Lancet*, 2002. 360: p. 7-22.
16. Anonymous, MRC/BHF Heart Protection Study of cholesterol lowering therapy and of antioxidant vitamin supplementation in a wide range of patients at increased risk of coronary heart disease death early safety and efficacy experience. *European Heart Journal*, 1999. 20: p.725-41.
17. Cannon, C.P., et al., Intensive and moderate lipid lowering with statins after acute coronary syndromes. *New England Journal of Medicine*, 2004. 350(15): p.1495-1504.
18. de Lemos, J.A., et al., Early Intensive vs a Delayed Conservative Simvastatin Strategy in Patients With Acute Coronary Syndromes: Phase Z of the A to Z Trial. *JAMA*, 2004.
19. Serruys, P., et al., The Lescol(R) Intervention Prevention Study (LIPS): A double-blind, placebo-controlled, randomized trial of the long-term effects of fluvastatin after successful transcatheter therapy in patients with coronary heart disease. *International Journal of Cardiovascular Interventions.*, 2001. 4(4): p.165-172.
20. Serruys, P.W., et al., Fluvastatin for Prevention of Cardiac Events Following Successful First Percutaneous Coronary Intervention: A Randomized Controlled Trial. *JAMA*, 2002. 287: p.3215-3222.
21. LaRosa, J.C., J. He, and S. Vupputuri, Effect of statins on risk of coronary disease: a meta-analysis of randomized controlled trials. *JAMA*, 1999. 282(24): p.2340-6.
22. Davidson, M.H., et al., Lipid-altering efficacy and safety of simvastatin 80mg/day: worldwide long-term experience in patients with hypercholesterolemia. *Nutrition Metabolism & Cardiovascular Diseases*, 2000. 10(5): p.253-62.
23. Bradford, R.H., et al., Expanded clinical evaluation of lovastatin (EXCEL) study design and patient characteristics of a double blind, placebo controlled study in patients with moderate hypercholesterolemia. *American Journal of Cardiology*, 1990. 66: p.44B-55B.
24. Bradford, R.H., et al., Expanded Clinical Evaluation of Lovastatin (EXCEL) study results. I. Efficacy in modifying plasma lipoproteins and adverse event profile in 8245 patients with moderate hypercholesterolemia.[see comments]. *Archives of Internal Medicine*, 1991. 151: p.43-9.
25. Bradford, R.H., et al., Expanded clinical evaluation of lovastatin (EXCEL) study results III. Efficacy in modifying lipoproteins and implications for managing patients with moderate hypercholesterolemia. *American Journal of Medicine*, 1991. 91: p.18S-24S.
26. Bradford, R.H., et al., Efficacy and tolerability of lovastatin in 3390 women with moderate hypercholesterolemia. *Annals of Internal Medicine*, 1993. 118: p.850-5.
27. Bradford, R.H., et al., Expanded Clinical Evaluation of Lovastatin(EXCEL) study results two year efficacy and safety follow up. *American Journal of Cardiology*, 1994. 74: p.667-73.