# Exhibit D




April 15, 2006

# Pharmaceuticals

## A Looming Threat From Generics

By SCOTT HENSLEY
*April 15, 2006; Page A2*

On Thursday, **Merck & Co.** reports first-quarter earnings. The pharmaceutical giant has already told investors to expect soaring sales of its blockbuster cholesterol pill Zocor to help lift earnings above previous expectations.

But don't be fooled. The Zocor boom is really a sign of the growing clout of pharmacy-benefit managers, and the problems that lie ahead for manufacturers.

Zocor loses patent protection in the U.S. in late June. In anticipation of the change, **Express Scripts** Inc., one of the largest pharmacy-benefit managers, emphasized Zocor as a preferred cholesterol-lowering drug at the expense of **Pfizer** Inc.'s statin Lipitor on Jan. 1. For patients, the change meant their average co-payment for Lipitor jumped to $45 from $25 before.

**DOW JONES REPRINTS**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit:
www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

**MORE ON THE WEEK AHEAD**

• China: Limited Options Exist on the Yuan[1]
• Banks: Gauging Interest in Earnings Reports[2]
• Vaccines: A Shot in the Arm for the Industry[3]

**IN CASE YOU MISSED IT**

• The Week in Review[4]

Express Scripts's strategy is to get more patients to take Zocor in advance of cheaper, generic versions of the drug, known as simvastatin. When those generics become available later this quarter, patients already on Zocor can be switched to them automatically in most cases.

A recent analysis by UBS Securities showed that Express Scripts's tack appears to be working. The company pushed up Zocor's share of new prescriptions for statins by 2.4 percentage points through February compared with December, the last month before the demotion of Lipitor. More than two-thirds of patients switching to Zocor at Express Scripts previously were taking Lipitor.

Generics are chipping away at other drug makers, which like Merck, have come up with scant new medicines in recent years. **Johnson & Johnson**, which will report earnings Tuesday, is seeing drug sales decline in the aftermath of recent patent losses for its Duragesic pain patch, Sporanox antifungal treatment and a line of oral contraceptives. The medical-products giant still gets the biggest share of its sales and profits from pharmaceuticals, so the generic erosion is particularly painful. And the company has been slow to replace its fallen stars.

Among drug makers, Pfizer faces the fiercest generics assault. Earnings from the world's largest drug company by market capitalization, due Wednesday, will reveal the damage from generics for

past blockbusters, such as antibiotic Zithromax, a $2.03 billion-seller last year. Zithromax lost patent protection in November. Within a month, **Medco Health Solutions** Inc., another drug-benefits manager, said nine of 10 prescriptions for Zithromax were being filled with the generic, azithromycin.

Late this quarter, Pfizer loses U.S. patent protection for antidepressant Zoloft, a $3.26 billion-seller in 2005, increasing the pressure on the company. And the big question for Pfizer next week is how Lipitor, the company's biggest product by sales, is faring in the growing generic storm.

The push by drug-benefits managers to substitute Zocor and soon generics for Lipitor could spell trouble for Pfizer, and the entire drug industry has a stake in the outcome.

**Write to** Scott Hensley at scott.hensley@wsj.com[5]

**URL for this article:**
http://online.wsj.com/article/SB114505542320226515.html

**Hyperlinks in this Article:**
(1) http://online.wsj.com/article/SB114505367377726485.html
(2) http://online.wsj.com/article/SB114504512448626343.html
(3) http://online.wsj.com/article/SB114505516826226512.html
(4) http://online.wsj.com/article/SB114505406641526491.html
(5) mailto:scott.hensley@wsj.com

Copyright 2006 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.