# Exhibit E

LookSmart

FindArticles > JCNN News Summaries > Feb 21, 2006 > Article > Print friendly

**Sankyo to Supply Hyperlipidemia Drug Pravastatin in US**

Tokyo, Japan, Feb 20, 2006 - (JCN) - Sankyo, a group company of Daiichi Sankyo, has announced its plan for pravastatin, a hyperlipidemia drug, in the US.

Currently, Sankyo is supplying the bulk drug of pravastatin to Bristol-Myers Squibb (BMS). In line with a forthcoming termination of the exclusive sales period for pravastatin as of April 20, BMS has agreed with Watson Pharmaceuticals on the sales of pravastatin.

Specifically, Watson will begin distributing a generic version of pravastatin in the US. Accordingly, Sankyo will continue to supply the bulk drug to BMS.

Copyright [c] 2006 Japan Corporate News Network. All rights reserved.

COPYRIGHT 2006 Japan Corporate News Network K.K.
COPYRIGHT 2006 Gale Group