UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APOTEX INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, and )<br>ANDREW VON ESCHENBACH, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>and )<br>)<br>RANBAXY LABORATORIES LIMITED, )<br>RANBAXY INC. and )<br>RANBAXY PHARMACEUTICALS, INC., )<br>)<br>Intervenor-Defendants. )<br>) | CIVIL NO. 1:06-CV-627 |

### [PROPOSED] ORDER

Having considered Apotex Inc.'s Motion for Temporary Restraining Order and/or Preliminary Injunction, and the oppositions thereto,

IT IS ORDERED that the motion be DENIED.

Dated: _____
      Washington, D.C.

_____
John D. Bates
United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Jay P. Lefkowitz, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, D.C. 20005
(202) 879-5040


Andrew E. Clark, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 307-0067


Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600


Arthur Y. Tsien, Esq.
Olson, Frank and Weeda, P.C.
1400 16th St., NW
Suite 400
Washington, D.C. 20036-2220
(202) 789-1212