UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Apotex, Inc.,**<br><br>　　Plaintiff.<br><br>　　　　v.<br><br>**FOOD AND DRUG ADMINISTRATION,** et al.,<br><br>　　Defendants,<br><br>and<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>　　Intervenor-Defendant,<br><br>and<br><br>**RANBAXY PHARMACEUTICALS, INC.,**<br><br>　　Intervenor-Defendant. | **Civil Action No. 06-0627 (JDB)** |

## ORDER

Upon consideration of plaintiff's motion for a temporary restraining order and preliminary injunction, plaintiff's motion for an injunction pending appeal, the request of defendant FDA to consolidate these proceedings with a proceeding on the merits under Fed. R. Civ. P. 65(a)(2), the memoranda of the parties, and the entire record herein, and for the reasons discussed fully in the Memorandum Opinion issued on this date, it is this nineteenth day of April, 2006, hereby

**ORDERED** that plaintiff's motion for a temporary restraining order and preliminary injunction is **DENIED**; it is further

**ORDERED** that plaintiff's motion for an injunction pending appeal is **GRANTED** in

part, in order to provide the Court of Appeals, if it is so requested, with some time to decide whether it will grant an injunction pending appeal; it is further

**ORDERED** that the FDA is enjoined from granting final approval to any ANDA for generic pravastatin, and from implementing its April 11, 2006 decision letter, until 5:00 p.m. on April 21, 2006; and it is further

**ORDERED** that the FDA's request to consolidate these proceedings with a proceeding on the merits under Fed. R. Civ. P. 65(a)(2) is **DENIED**.

**SO ORDERED**.

/s/   John D. Bates
JOHN D. BATES
United States District Judge


*Copies to*:

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com


William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com
    *Counsel for plaintiff*

Andrew E. Clark
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION

P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov
    *Counsel for defendant*

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

John Caviness O'Quinn
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
Email: joquinn@kirkland.com
    *Counsel for intervenor-defendant Teva Pharmaceuticals USA, Inc.*

Carmen M. Shepard
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600

Kate C. Beardsley
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600
    *Counsel for intervenor-defendant Ranbaxy Pharmaceuticals, Inc.*