UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>    Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC., and RANBAXY<br>PHARMACEUTICALS, INC.<br><br>    Intervenors-Defendants. | Case No. 06-627 (JDB) |

## EMERGENCY MOTION FOR PARTIAL RECONSIDERATION

Pursuant to Fed. R. Civ. P. 59(e) Intervenor-Defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby moves for partial reconsideration of this Court's April 19, 2006 opinion and order. Teva moves that the Court vacate the injunction pending appeal, which precludes the Food and Drug Administration from approving Teva's abbreviated new drug application for generic pravastatin until 5:00 PM on Friday, April 21, 2006.

Pursuant to Local Rule 7(m), Teva informed conferred with counsel for Apotex Inc., the Federal Defendants, and Ranbaxy Laboratories Limited, Ranbxy Inc., and Ranbaxy Pharmaceuticals, Inc. (collectively Ranbaxy) before filing this motion. Ranbaxy supports the relief requested. The Federal Defendants take no position this motion. Apotex declines to

consent to entry of the requested relief. Consultation has failed to narrow the areas of disagreement.

Respectfully submitted,

/s/ Jay P. Lefkowitz

Of Counsel:
Richard Egosi
*Senior Vice President & General Counsel*
David M. Stark
*Senior Director, Legal Affairs*
Teva Pharmaceuticals USA, Inc.
425 Privet Road
Horsham, PA 19044-8005
(215) 293-6400

Jay P. Lefkowitz (DC 449280)*
Steven A. Engel (DC 484789)
John C. O'Quinn (DC 485936)
Michael D. Shumsky (DC 495078)
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC 20005
(202) 879-5000

*Counsel for Intervenor-Defendant
Teva Pharmaceuticals USA, Inc.*

April 19, 2006

\* *Counsel of Record*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of April 2006, at true and correct copy of the foregoing Emergency Motion for Partial Reconsideration, the memorandum in support thereof, and supporting materials were served via email and ECF filing as follows:

Arthur Y. Tsien
Olsson, Frank and Weeda, P.C.
1400 16th St., NW  Suite 400
Washington, D.C.  20036-2220

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
*Counsel for Plaintiff Apotex Inc.*

Andrew E. Clark
U.S. Department of Justice
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., NW
Washington, D.C. 20004
*Counsel for the Federal Defendants*

Kate C. Beardsley
Carmen M. Shepard
Buc & Beardsley
919 18th St., NW, Suite 60
Washington D.C.  20006
*Counsel for Intervenors-Defendants Ranbaxy Laboratories Limited,
Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc.*

John C. O'Quinn
Counsel for Intervenor-Defendant
Teva Pharmaceuticals USA, Inc.