UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>       Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC., and RANBAXY<br>PHARMACEUTICALS, INC.<br><br>       Intervenors-Defendants. | Case No. 06-627 (JDB) |

**TEVA PHARMACEUTICALS USA, INC.'S CERTIFICATE OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 7(m)**

Pursuant to Local Civil Rule 7(m), the undersigned counsel for Teva Pharmaceuticals USA, Inc. hereby certifies that, on April 19, 2006, at approximately 4:30 PM EDT, counel for Teva conferred with counsel for Apotex Inc., the Federal Defendants, and Ranbaxy Laboratories Limited, Ranbxy Inc., and Ranbaxy Pharmaceuticals, Inc. (collectively "Ranbaxy") before filing Teva's Emergency Motion for Partial Reconsideration. Ranbaxy supports the relief requested. The Federal Defendants takes no position this motion. Apotex declines to consent to entry of the requested relief. Consultation has failed to narrow the areas of disagreement.

|  |  |
|---|---|
| | Respectfully submitted, |
| | /s/ John C. O'Quinn |
| Of Counsel: | Jay P. Lefkowitz (DC 449280)* |
| Richard Egosi | Steven A. Engel (DC 484789) |
| *Senior Vice President & General Counsel* | John C. O'Quinn (DC 485936) |
| David M. Stark | Michael D. Shumsky (DC 495078) |
| *Senior Director, Legal Affairs* | KIRKLAND & ELLIS LLP |
| Teva Pharmaceuticals USA, Inc. | 655 15th Street NW, Suite 1200 |
| 425 Privet Road | Washington, DC 20005 |
| Horsham, PA 19044-8005 | (202) 879-5000 |
| (215) 293-6400 | |
| | *Counsel for Intervenor-Defendant* |
| | *Teva Pharmaceuticals USA, Inc.* |
| April 19, 2006 | * *Counsel of Record* |