UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>　　　　Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC., and RANBAXY<br>PHARMACEUTICALS, INC.<br><br>　　　　Intervenors-Defendants. | Case No. 06-627 (JDB) |

## [PROPOSED] ORDER

Upon consideration of Teva Pharmaceuticals USA, Inc.'s Emergency Motion for Partial Reconsideration, and the memoranda in support and any opposition thereto, it is this _____ day of April, 2006:

**ORDERED** that Teva Pharmaceuticals USA, Inc.'s motion is **GRANTED**.

_____
United States District Judge

**LIST OF ATTORNEYS ENTITLED TO NOTICE OF ENTRY OF PROPOSED ORDER**

Arthur Y. Tsien
Olsson, Frank and Weeda, P.C.
1400 16th St., NW  Suite 400
Washington, D.C.  20036-2220

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
*Counsel for Plaintiff Apotex Inc.*

Andrew E. Clark
U.S. Department of Justice
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., NW
Washington, D.C. 20004
*Counsel for the Federal Defendants*

Kate C. Beardsley
Carmen M. Shepard
Buc & Beardsley
919 18th St., NW, Suite 60
Washington D.C.  20006
*Counsel for Intervenors-Defendants Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc.*

Jay P. Lefkowitz
John C. O'Quinn
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC  20005
(202) 879-5000
*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*