UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Apotex, Inc.,**<br><br>    Plaintiff.<br><br>    v.<br><br>**FOOD AND DRUG ADMINISTRATION,** et al.,<br><br>    Defendants,<br><br>and<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>    Intervenor-Defendant,<br><br>and<br><br>**RANBAXY PHARMACEUTICALS, INC.,**<br><br>    Intervenor-Defendant. | **Civil Action No. 06-0627 (JDB)** |

## ORDER

Intervenor-defendant Teva Pharmaceuticals USA, Inc. ("Teva") has moved for partial reconsideration of this Court's Memorandum Opinion and Order issued earlier today. Teva asserts that the Court has no authority to order what amounts to a one-day delay in Teva's launch of generic pravastatin in order to permit the Court of Appeals to decide whether to grant an injunction pending appeal of this Court's decision. Teva is incorrect in asserting that this Court is without authority in this regard. However, Teva does raise salient arguments, all drawn from the Court's Memorandum Opinion, for not exercising that authority under the circumstances. This Court will, therefore, leave it to the Court of Appeals, on the even more abbreviated schedule

upon which Teva insists, to determine (should it prove necessary) whether an injunction pending appeal is warranted.

Accordingly, it is this nineteenth day of April, 2006, hereby

**ORDERED** that the motion for partial reconsideration is **GRANTED**; and it is further

**ORDERED** that the Memorandum Opinion and Order issued in this matter earlier today are amended to **DENY** plaintiff Apotex, Inc.'s request for an injunction pending appeal, and to **STRIKE** the grant of an injunction pending appeal through 5:00 p.m. on April 21, 2006.

**SO ORDERED.**

/s/    John D. Bates
JOHN D. BATES
United States District Judge

*Copies to*:

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301


Email: wrakoczy@rmmslegal.com
    *Counsel for plaintiff*

Andrew E. Clark
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov
    *Counsel for defendant*

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

John Caviness O'Quinn
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
Email: joquinn@kirkland.com
    *Counsel for intervenor-defendant Teva Pharmaceuticals USA, Inc.*

Carmen M. Shepard
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600

Kate C. Beardsley
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600
    *Counsel for intervenor-defendant Ranbaxy Pharmaceuticals, Inc.*

Case 1:06-cv-00627-JDB    Filed 04/19/2006    Page 4 of 4