### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APOTEX INC. | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 06-627 (JDB) |
|  | ) |
| FOOD AND DRUG ADMINISTRATION, *et al*. | ) |
|  | ) |
| Defendants. | ) |

### APOTEX'S EMERGENCY MOTION FOR RECONSIDERATION

Apotex Inc. respectfully moves this Court for reconsideration of its April 19, 2006 order striking the injunctive relief granted in its earlier ruling of that same date. Specifically, this Court denied Apotex's motion for temporary and preliminary injunctive relief. The Court, however, granted Apotex a limited, 2-day injunction pending appeal so that Apotex could attempt to obtain relief from the D.C. Circuit. An hour or so after receiving that ruling, Apotex filed a notice of appeal and an emergency motion for stay pending appeal in the D.C. Circuit. Consistent with the Court's first April 19 order, Apotex apprised the D.C. Circuit that Apotex needed a ruling by 5:00 p.m. on April 21, 2006.

While Apotex filed its appeal, Teva filed a motion to reconsider the limited stay that this Court had granted. Without benefit of Apotex's opposition, this Court granted that motion. Apotex requests immediate reconsideration of that second April 19, 2006 order. Such relief is appropriate as the D.C. Circuit, in reliance on the Court's first order, has set a briefing schedule on Apotex's motion. A copy of that Order is attached hereto as Exhibit A.

2

      Without reconsideration, Apotex likely will not be able to receive relief from the D.C. Circuit before FDA grants approval to Teva's and Ranbaxy's pravastatin ANDA. In light of the urgency of this situation, Apotex requests an immediate ruling on this emergency motion.

Dated: April 19, 2006.                        Respectfully submitted,

                                          APOTEX INC.

                                          By:      /s/
                                                William A. Rakoczy, D.C. Bar No. 489082
                                                Christine J. Siwik
                                                RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                                6 West Hubbard Street, Suite 500
                                                Chicago, Illinois 60610
                                                (312) 222-6301
                                                (312) 222-6321 (facsimile)

Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

*Counsel for Apotex Inc.*

## CERTIFICATE OF SERVICE

       I, William A. Rakoczy, HEREBY CERTIFY that on this 19th day of April, 2006, a true and correct copy of the foregoing APOTEX'S EMERGENCY MOTION FOR RECONSIDERATION (and related Exhibit A) was served via Electronic Mail upon the following counsel:

       Andrew E. Clark
       U.S. Department of Justice,
       Office of Consumer Litigation
       Room 950 North
       1331 Pennsylvania Ave., NW
       Washington, D.C. 20004

       *Counsel for the Federal Defendants-Appellees*

       Jay P. Lefkowitz
       John C. O'Quinn
       Steven A. Engel
       Michael D. Shumsky
       KIRKLAND & ELLIS LLP
       655 15th Street, NW, Suite 1200
       Washington, D.C. 20005

       *Counsel for Intervenor-Defendant-Appellee*
       *Teva Pharmaceuticals USA, Inc.*

       Kate C. Beardsley
       Carmen M. Shepard
       Buc & Beardsley
       919 Eighteenth Street, NW, Suite 60
       Washington, D.C. 20006

       *Counsel for Intervenors-Defendants-Appellees*
       *Ranbaxy Laboratories Limited, Ranbaxy Inc. and*
       *Ranbaxy Pharmaceuticals, Inc.*

       _____
       William A. Rakoczy
       *Counsel for Apotex Inc.*