# Exhibit A

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

## No. 06-5105      September Term, 2005

06cv00627

**Filed On:**

Apotex, Inc.,
    Appellant

v.

Food & Drug Administration, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR 1 9 2006

CLERK

**BEFORE:** Henderson and Brown, Circuit Judges

### ORDER

Upon consideration of the emergency motion for injunctive relief pending appeal, it is

**ORDERED**, on the court's own motion, that appellees file responses to the motion by 4:00 p.m. on Thursday, April 20, 2006. Any reply is due by 12:00 noon on Friday, April 21, 2006. The parties are directed to file and serve by hand the responses and any reply.

### Per Curiam

KLH