UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APOTEX INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>    Defendants,<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC., and RANBAXY<br>PHARMACEUTICALS, INC.<br><br>    Intervenors-Defendants. | Case No. 06-627 (JDB) |

**OPPOSITION TO APOTEX'S EMERGENCY MOTION FOR RECONSIDERATION**

Of Counsel:
Richard Egosi
*Senior Vice President & General Counsel*
David M. Stark
*Senior Director, Legal Affairs*
Teva Pharmaceuticals USA, Inc.
425 Privet Road
Horsham, PA  19044-8005
(215) 293-6400

Jay P. Lefkowitz (DC 449280)*
Steven A. Engel (DC 484789)
John C. O'Quinn (DC 485936)
Michael D. Shumsky (DC 495078)
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC  20005
(202) 879-5000

*Counsel for Intervenor-Defendant*
*Teva Pharmaceuticals USA, Inc.*

April 19, 2006

* *Counsel of Record*

Apotex Inc. does not dispute that the injunction pending appeal would have caused the very harms to Teva Pharmaceuticals USA, Inc. that the Court identified as the basis for denying Apotex either a temporary restraining order or a preliminary injunction. As the Court observed, Teva "stand[s] to lose a statutory entitlement, which is a harm that has been recognized as sufficiently irreparable." Slip Op. 33. Nor does Apotex contest this Court's finding that "***each day*** after April 20, 2006 that intervenor-defendants are foreclosed from marketing their generic pravastatin products will result in further erosion of the statutory entitlement and additional lost profits and market share." Slip Op. 34 (emphasis added). And Apotex has nothing to say about this Court's finding that "the public interest is most directly furthered by the launch of generic pravastatin on April 20, 2006." Slip Op. 35. Thus, Apotex offers no basis for reconsidering the Court's decision to vacate the injunction pending appeal.

Apotex only points to the D.C. Circuit's issuance of a briefing schedule on its emergency motion for an injunction pending appeal in that Court. However, that briefing schedule confirms that Apotex could not possibly suffer any appreciable harm from a launch by Teva on April 20th. If the D.C. Circuit grants an injunction pending appeal (however unlikely, given the standard of review and ultimate deference due to the agency), Teva would be enjoined within a few days and thus unable to "tie up distribution channels and access to customers, enter into long-term sales agreements, increase sales across all product lines, and retain greater market share in the long term," as Apotex suggested in its original motion.

Thus, there is no basis to reconsider the decision to vacate the injunction pending appeal.

## CONCLUSION

For the foregoing reasons, Teva respectfully requests that the Court deny Apotex's motion for reconsideration.

Respectfully submitted,

/s/ Jay Lefkowitz

| | |
|---|---|
| Of Counsel:<br>Richard Egosi<br>*Senior Vice President & General Counsel*<br>David M. Stark<br>*Senior Director, Legal Affairs*<br>Teva Pharmaceuticals USA, Inc.<br>425 Privet Road<br>Horsham, PA  19044-8005<br>(215) 293-6400 | Jay P. Lefkowitz (DC 449280)*<br>Steven A. Engel (DC 484789)<br>John C. O'Quinn (DC 485936)<br>Michael D. Shumsky (DC 495078)<br>KIRKLAND & ELLIS LLP<br>655 15th Street NW, Suite 1200<br>Washington, DC  20005<br>(202) 879-5000<br><br>*Counsel for Intervenor-Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |
| April 19, 2006 | * *Counsel of Record* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of April 2006, at true and correct copy of the foregoing Opposition to Apotex's Emergency Motion for Reconsideration was served via email and ECF filing as follows:

Arthur Y. Tsien
Olsson, Frank and Weeda, P.C.
1400 16th St., NW Suite 400
Washington, D.C. 20036-2220

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
*Counsel for Plaintiff Apotex Inc.*

Andrew E. Clark
U.S. Department of Justice
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., NW
Washington, D.C. 20004
*Counsel for the Federal Defendants*

Kate C. Beardsley
Carmen M. Shepard
Buc & Beardsley
919 18th St., NW, Suite 60
Washington D.C. 20006
*Counsel for Intervenors-Defendants Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc.*

John C. O'Quinn
*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*