UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br>MICHAEL O. LEAVITT, and<br>ANDREW VON ESCHENBACH,<br><br>Defendants,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>RANBAXY LABORATORIES LIMITED,<br>RANBAXY INC. and<br>RANBAXY PHARMACEUTICALS, INC.,<br><br>Intervenor-Defendants. | CIVIL NO. 1:06-CV-627 |

### RANBAXY'S OPPOSITION TO APOTEX INC.'S
### EMERGENCY MOTION FOR RECONSIDERATION

Ranbaxy Laboratories Limited, Ranbaxy Inc. and Ranbaxy Pharmaceuticals, Inc. (collectively "Ranbaxy") hereby oppose Apotex Inc.'s Emergency Motion for Partial Reconsideration. Having considered the arguments presented by Teva Pharmaceuticals USA, Inc. in its Emergency Motion for Partial Reconsideration, this Court exercised its discretion to deny Apotex Inc.'s ("Apotex") request for an injunction pending appeal. Apotex now requests that the Court reconsider its ruling. Apotex also has filed an appeal with the United States Court

of Appeals for the District of Columbia and an emergency motion for an injunction pending appeal. The Court of Appeals, therefore, has jurisdiction and authority to grant Apotex relief, if it deems it appropriate. The Court of Appeals is aware of this Court's ruling striking the grant of an injunction pending appeal.

The interests of judicial efficiency will now best be served by allowing the Court of Appeals to consider the matter. Further proceedings in this Court can only be duplicative. For these reasons, Ranbaxy believes this Court should deny Apotex's Emergency Motion for Reconsideration.

Dated April 19, 2006

Respectfully submitted,

*Kate C. Beardsley*
Kate C. Beardsley
D.C. Bar No. 416806
Carmen M. Shepard
D.C. Bar No. 331314

Buc & Beardsley
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 736-3600

Counsel for Intervenor-Defendants

2