**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| APOTEX INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-627 (JDB) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

**APOTEX'S REPLY IN SUPPORT OF ITS
EMERGENCY MOTION FOR RECONSIDERATION**

Teva's opposition says nothing that should persuade this Court from reconsidering its second order of April 19, 2006, which struck the limited injunctive relief granted in its earlier ruling of this same date. And contrary to Teva's assertion, Apotex has offered a valid basis for this Court to reconsider its latest order where Apotex filed an emergency motion for injunctive relief pending appeal on this same date with the D.C. Circuit, and apprised that court that Apotex required a ruling by 5:00 p.m. on April 21, 2006. The D.C. Circuit responded immediately by issuing an order requiring the parties to fully brief Apotex's emergency motion by noon on April 21. Apotex relied on this Court's order when it sought relief from the D.C. Circuit by 5:00 p.m. on April 21. Had this Court not granted that relief in its original order, Apotex would have sought immediate relief from the D.C. Circuit. Apotex has, therefore, been severely harmed by the second April 19 order from this Court because it threatens to deprive Apotex of the relief that it has sought from the D.C. Circuit.

Teva argues that Apotex "could not possibly suffer any appreciable harm" in light of the D.C. Circuit's briefing schedule. Teva is wrong. Apotex, unlike Teva, stands to suffer

significant irreparable harm if this Court does not permit the D.C. Circuit to properly review Apotex's motion and enter an appropriate ruling. Indeed, as it stands now, Teva and Ranbaxy will launch their pravastatin products on April 20, 2006, even though the D.C. Circuit stands ready to hear Apotex's motion by 5:00 p.m. on April 21. As set forth in Apotex's filings before this Court, Apotex stands to lose its sizeable investment in pravastatin if Teva and Ranbaxy obtain an improper head-start in the pravastatin market. Teva and Ranbaxy, however, will lose nothing if the D.C. Circuit should deny Apotex's request for relief, but rather will still launch with their 180-day exclusivity. Therefore, no harm can come if the Court reinstates its prior order enjoining FDA from granting final approval to any ANDA for generic pravastatin until 5:00 p.m. on April 21, 2006.

As such, Apotex respectfully requests that the Court immediately grant its emergency motion for reconsideration.

Dated: April 19, 2006.                    Respectfully submitted,

                                          APOTEX INC.

                                    By:   _____/s/_____
                                          William A. Rakoczy, D.C. Bar No. 489082
                                          Christine J. Siwik
                                          RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                          6 West Hubbard Street, Suite 500
                                          Chicago, Illinois 60610
                                          (312) 222-6301
                                          (312) 222-6321 (facsimile)

Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

*Counsel for Apotex Inc.*

**CERTIFICATE OF SERVICE**

  I, William A. Rakoczy, HEREBY CERTIFY that on this 19th day of April, 2006, a true and correct copy of the foregoing APOTEX'S REPLY IN SUPPORT OF ITS EMERGENCY MOTION FOR RECONSIDERATION was served via ECF filing and electronic mail upon the following counsel:

    Andrew E. Clark
    U.S. Department of Justice,
    Office of Consumer Litigation
    Room 950 North
    1331 Pennsylvania Ave., NW
    Washington, D.C.  20004

    *Counsel for the Federal Defendants-Appellees*

    Jay P. Lefkowitz
    John C. O'Quinn
    Steven A. Engel
    Michael D. Shumsky
    KIRKLAND & ELLIS LLP
    655 15th Street, NW, Suite 1200
    Washington, D.C.  20005

    *Counsel for Intervenor-Defendant-Appellee*
    *Teva Pharmaceuticals USA, Inc.*

    Kate C. Beardsley
    Carmen M. Shepard
    Buc & Beardsley
    919 Eighteenth Street, NW, Suite 60
    Washington, D.C.  20006

    *Counsel for Intervenors-Defendants-Appellees*
    *Ranbaxy Laboratories Limited, Ranbaxy Inc. and*
    *Ranbaxy Pharmaceuticals, Inc.*


               /s/
              William A. Rakoczy
              *Counsel for Apotex Inc.*