IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 06-627 (JDB) |
| FOOD AND DRUG ADMINISTRATION, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF APPEAL

Notice is hereby given that Apotex Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order in this action entered April 19, 2006, which denied Apotex's motion for preliminary injunction, and from all interlocutory and other orders entered prior to entry of such order.

Dated: April 19, 2006.

Respectfully submitted,

APOTEX INC.

By: _____
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)



RECEIVED
APR 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik (admitted *pro hac vice*)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*

## CERTIFICATE OF SERVICE

I, Arthur Y. Tsien, HEREBY CERTIFY that on this 19th day of April, 2006, a true and correct copy of the foregoing NOTICE OF APPEAL was served via e-mail and hand delivery upon the following counsel:

>Andrew E. Clark
>U.S. Department of Justice,
>Office of Consumer Litigation
>Room 950 North
>1331 Pennsylvania Ave., NW
>Washington, D.C. 20004
>
>*Counsel for the Federal Defendants*
>
>Jay P. Lefkowitz
>John C. O'Quinn
>Steven A. Engel
>Michael D. Shumsky
>KIRKLAND & ELLIS LLP
>655 15th Street, NW, Suite 1200
>Washington, D.C. 20005
>
>*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*
>
>Kate C. Beardsley
>Carmen M. Shepard
>Buc & Beardsley
>919 Eighteenth Street, NW, Suite 60
>Washington, D.C. 20006
>
>*Counsel for Intervenors-Defendants Ranbaxy Laboratories Limited, Ranbaxy Inc. and Ranbaxy Pharmaceuticals, Inc.*

_____
Arthur Y. Tsien
*Counsel for Apotex Inc.*