UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Apotex, Inc.,**<br><br>　Plaintiff.<br><br>　　v.<br><br>**FOOD AND DRUG ADMINISTRATION,** et al.,<br><br>　Defendants,<br><br>and<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>　Intervenor-Defendant,<br><br>and<br><br>**RANBAXY PHARMACEUTICALS, INC.,**<br><br>　Intervenor-Defendant. | Civil Action No. 06-0627 (JDB) |

## ORDER

On April 19, 2006, this Court granted a motion to reconsider filed by intervenor-defendant Teva Pharmaceuticals USA, Inc. ("Teva"), amending the Memorandum Opinion and Order issued earlier that day by vacating the grant of a brief injunction pending appeal, which was scheduled to run through 5:00 p.m. on April 21, 2006. Plaintiff Apotex, Inc. ("Apotex") has subsequently moved for reconsideration of the Court's decision to grant Teva's motion and vacate the injunction pending appeal, arguing that: (1) Teva will face no harm if the FDA is enjoined from granting final approval to its product until the injunction expires on April 21, 2006; (2) Apotex will face substantial, irreparable harm if that brief injunction is not maintained; and (3)

the Court of Appeals issued its Order of April 19, 2006 (setting a briefing schedule on the motion for an injunction pending appeal) in reliance upon the brief injunction pending appeal that was initially granted by this Court.[1]

The Court held a telephone conference with the parties this morning, at which it became clear that FDA is likely (unless enjoined) to issue the relevant approvals late today and that Teva currently faces immediate, irreparable harm if this Court were to reverse its decision to vacate the injunction pending appeal.  Specifically, circumstances in the generic pravastatin market have changed due to the release of an authorized generic product by Bristol-Myers Squibb Co., the manufacturer of the branded version of pravastatin (Pravachol®).  The FDA, moreover, has represented that it is unable to identify any harm that would befall either the public or the market for pravastatin if Apotex's current motion were denied.  Perhaps most significantly, Apotex informed this Court that the Court of Appeals is fully aware of the relevant circumstances, including this Court's order vacating the brief injunction pending appeal.  Since last night, when the Court of Appeals learned of that Order, it has not taken any action to change the briefing schedule it has set.

Accordingly, upon consideration of Apotex's current motion, the memoranda of the parties, the representations made by the parties during a telephone conference with the Court this morning, the entire record herein, and the current circumstances particular to the market for

---

[1] Although Apotex's current motion is based on concerns of convenience for the Court of Appeals in light of the already compressed time schedule, and such concerns likewise were the reason that this Court originally granted a brief injunction pending appeal, they are actually not part of the legal calculus under which requests for emergency injunctive relief are evaluated.  See Washington Area Metro. Auth. Comm'n v. Holiday Tours, 559 F.2d 841, 843-44 (D.C. Cir. 1977).

generic pravastatin and the pending appeal in this case, it is this twentieth day of April, 2006, hereby

    **ORDERED** that Apotex's motion for reconsideration is **DENIED**.

    **SO ORDERED.**

                                           /s/    John D. Bates
                                              JOHN D. BATES
                                       United States District Judge

*Copies to*:

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com


William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com
    *Counsel for plaintiff*

Andrew E. Clark
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov

*Counsel for defendant*

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

John Caviness O'Quinn
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
Email: joquinn@kirkland.com
  *Counsel for intervenor-defendant Teva Pharmaceuticals USA, Inc.*

Carmen M. Shepard
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600

Kate C. Beardsley
BUC & BEARDSLEY
919 18th Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600
  *Counsel for intervenor-defendant Ranbaxy Pharmaceuticals, Inc.*