**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 06-627 (JDB)<br>)<br>)<br>)<br>)<br>) |

**APOTEX'S EMERGENCY MOTION FOR RECONSIDERATION OF THE**
**COURT'S APRIL 20, 2006 ORDER**

Apotex Inc. respectfully moves this Court for reconsideration of its April 20, 2006 order denying Apotex's request to reinstate the injunctive relief granted in its April 19, 2006 ruling.

Earlier today, the Court held a telephonic conference with the parties regarding Apotex's April 19, 2006 emergency motion to reinstate the injunctive relief originally ordered by this Court. During that conference, Teva represented that Watson had launched a so-called "authorized generic" of pravastatin and, that as a result, Teva would be harmed if this Court granted the relief that Apotex requested. Shortly after the conference, this Court denied Apotex's April 19 motion. The Court's order discusses the launch of an authorized generic in addressing the harm that Teva allegedly would suffer if the Court granted Apotex's request for a limited stay pending appeal.

After the conference earlier today, Apotex investigated whether an authorized generic of pravastatin had, in fact, launched. Based upon that investigation, Apotex does not

believe that such a product has been introduced into the market place. A supporting declaration is attached hereto as Exhibit 1 for the Court's review and consideration.

In light of this new information, Apotex respectfully requests that this Court reinstate the limited stay originally granted in its April 19, 2006 order.

Dated: April 20, 2006.                                Respectfully submitted,

                                                      APOTEX INC.


                                                      By:  _____/s/_____
                                                      William A. Rakoczy, D.C. Bar No. 489082
                                                      Christine J. Siwik
                                                      RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                                      6 West Hubbard Street, Suite 500
                                                      Chicago, Illinois 60610
                                                      (312) 222-6301
                                                      (312) 222-6321 (facsimile)


Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

*Counsel for Apotex Inc.*

## CERTIFICATE OF SERVICE

I, William A. Rakoczy, HEREBY CERTIFY that on this 20th day of April, 2006, a true and correct copy of the foregoing APOTEX'S EMERGENCY MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 20, 2006 ORDER (and related Exhibit 1) was served via ECF filing and Electronic Mail upon the following counsel:

Andrew E. Clark
U.S. Department of Justice,
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., NW
Washington, D.C.  20004

*Counsel for the Federal Defendants-Appellees*

Jay P. Lefkowitz
John C. O'Quinn
Steven A. Engel
Michael D. Shumsky
KIRKLAND & ELLIS LLP
655 15th Street, NW, Suite 1200
Washington, D.C.  20005

*Counsel for Intervenor-Defendant-Appellee*
*Teva Pharmaceuticals USA, Inc.*

Kate C. Beardsley
Carmen M. Shepard
Buc & Beardsley
919 Eighteenth Street, NW, Suite 60
Washington, D.C.  20006

*Counsel for Intervenors-Defendants-Appellees*
*Ranbaxy Laboratories Limited, Ranbaxy Inc. and*
*Ranbaxy Pharmaceuticals, Inc.*

                                                  /s/
                                     William A. Rakoczy
                                    *Counsel for Apotex Inc.*