# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>　　　　Defendants. | Case No. 06-627 (JDB) |

## DECLARATION OF DR. BERNARD C. SHERMAN

I, DR. BERNARD C. SHERMAN, Ph.D., declare as follows:

1. I am the founder, Chairman and Chief Executive Officer of Apotex Inc. ("Apotex"), a Canadian-based pharmaceutical company that develops and manufactures generic drug products.

2. I have personal knowledge of the facts set forth herein, or believe them to be true based on my experience in the pharmaceutical industry and information I have received in the course of my duties, and am competent to testify to the same.

3. I submit this Declaration in support of Apotex's emergency motion for reconsideration.

4. At approximately 12:45 p.m. (EDT) today, April 20, 2006, I personally spoke with an employee of Watson Pharmaceuticals, Inc. This individual, who identified herself as the supervisor in Watson's order department, stated that Watson has not launched an authorized generic version of pravastatin as of this date and time and, as of that date and time, had not received authorization to launch such a product.

5. The foregoing facts are true and correct as I verify and believe.

April 20, 2006

I, DR. BERNARD C. SHERMAN, hereby declare, under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

_____
DR. BERNARD C. SHERMAN