UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.* )<br>)<br>Defendants, )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>RANBAXY LABORATORIES LIMITED, )<br>RANBAXY INC., and RANBAXY )<br>PHARMACEUTICALS, INC. )<br>)<br>Intervenors-Defendants. )<br>) | Case No. 06-627 (JDB) |

**OPPOSITION TO APOTEX'S EMERGENCY MOTION FOR RECONSIDERATION
OF THE COURT'S APRIL 20, 2006 ORDER**

Of Counsel:
Richard Egosi
*Senior Vice President & General Counsel*
David M. Stark
*Senior Director, Legal Affairs*
Teva Pharmaceuticals USA, Inc.
425 Privet Road
Horsham, PA 19044-8005
(215) 293-6400

Jay P. Lefkowitz (DC 449280)*
Steven A. Engel (DC 484789)
John C. O'Quinn (DC 485936)
Michael D. Shumsky (DC 495078)
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC 20005
(202) 879-5000

*Counsel for Intervenor-Defendant
Teva Pharmaceuticals USA, Inc.*

April 20, 2006

\* *Counsel of Record*

Teva Pharmaceuticals USA, Inc. ("Teva"), submits this brief opposition to Apotex's motion for reconsideration. As indicated in the attached declaration of David Marshall, Teva received calls from customers this morning indicating that Watson Pharmaceuticals, Inc. ("Watson") had launched its authorized generic. Marshall Decl. ¶ 7. Teva, thus, represented to the Court that Watson had launched. As indicated in the attached declaration, Teva has continued to receive information indicating that Watson launched. *Id.* ¶ 8. However, this afternoon Teva also receiving conflicting information. *Id.* ¶ 9.

Although, based on the information received, Teva continues to believe Watson may have launched, there is admittedly confusion in the marketplace, and thus Teva cannot confirm whether or not Watson has, in fact, launched. *See id.* ¶¶ 10-12.

Nonetheless, because Teva continues to face imminent competition from Watson, and for the reasons stated in Teva's filings with the Court on April 18th and 19th, the Court should not reinstate a "brief" injunction pending appeal, and Apotex's motion should be denied.

Respectfully submitted,

Of Counsel:
Richard Egosi
*Senior Vice President & General Counsel*
David M. Stark
*Senior Director, Legal Affairs*
Teva Pharmaceuticals USA, Inc.
425 Privet Road
Horsham, PA 19044-8005
(215) 293-6400

Jay P. Lefkowitz (DC 449280)*
Steven A. Engel (DC 484789)
John C. O'Quinn (DC 485936)
Michael D. Shumsky (DC 495078)
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC 20005
(202) 879-5000

*Counsel for Intervenor-Defendant
Teva Pharmaceuticals USA, Inc.*

April 20, 2006

* *Counsel of Record*

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of April 2006, at true and correct copy of the foregoing Opposition to Apotex's Emergency Motion for Reconsideration was served via email and ECF filing as follows:

Arthur Y. Tsien
Olsson, Frank and Weeda, P.C.
1400 16th St., NW  Suite 400
Washington, D.C.  20036-2220

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
*Counsel for Plaintiff Apotex Inc.*

Andrew E. Clark
U.S. Department of Justice
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., NW
Washington, D.C. 20004
*Counsel for the Federal Defendants*

Kate C. Beardsley
Carmen M. Shepard
Buc & Beardsley
919 18th St., NW, Suite 60
Washington D.C.  20006
*Counsel for Intervenors-Defendants Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc.*

/s/ John C. O'Quinn
John C. O'Quinn
*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*