UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., <br><br> Plaintiff, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.* <br><br> Defendants, <br><br> TEVA PHARMACEUTICALS USA, INC., RANBAXY LABORATORIES LIMITED, RANBAXY INC., and RANBAXY PHARMACEUTICALS, INC. <br><br> Intervenors-Defendants. | Case No. 06-627 (JDB) |

### DECLARATION OF DAVID MARSHALL

I, David Marshall, hereby declare under penalty of perjury as follows:

1. I am the Vice President of Sales and Marketing of Teva Pharmaceuticals USA, Inc. ("Teva").

2. Teva is the wholly owned, indirect subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), a global pharmaceutical company headquartered in Israel. Teva distributes the finished pharmaceutical products of Teva Ltd. in the United States and is an industry leader in the development, manufacture, and marketing of generic pharmaceutical products in the United States.

3. As Vice President of Sales and Marketing for Teva, I am involved in the introduction and promotion of new generic drug products for the United States market.

4.  In my capacity as Vice President of Sales and Marketing, I became aware that Bristol-Myers Squibb, Inc. ("BMS"), the patentee, intends to market its own unbranded product (called an "authorized generic") through an agreement with Watson Pharmaceuticals, Inc ("Watson").

5.  Watson has been actively negotiating long-term contracts with major potential customers of generic pravastatin.

6.  Teva is also seeking to negotiate contracts with major potential customers of generic pravastatin.

7.  On the morning of April 20, 2006, Teva was receiving calls from potential customers indicating that Watson had launched its authorized generic.

8.  Subsequently, one of my employees received a call from a major wholesaler indicating that they understood from one of their customers that Watson had launched its authorized generic form of pravastatin.

9.  When my employee called this wholesaler this afternoon to reconfirm that information, the wholesaler represented that yet another customer indicated Watson has not launched.

10. There is some confusion in the marketplace over whether Watson has, in fact, launched.

11. The best information I have received indicates that Watson may have launched.

12. I cannot further confirm whether or not Watson has, in fact, launched.

Dated: April 20, 2006

_____
David Marshall