## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| APOTEX INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-627 (JDB) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| RANBAXY LABORATORIES LIMITED, ) | |
| *et al.*, ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |

_____

### STIPULATION OF EXTENSION OF TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto[1] by their respective undersigned attorneys, as follows:

1.      Plaintiff Apotex Inc. has appealed this Court's April 19, 2006, denial of its motion for preliminary injunction and has requested expedited consideration of its appeal.

2.      The appeal is currently pending in the United States Court of Appeals for the District Columbia Circuit and is awaiting briefing.

3.      Plaintiff has no objection to the deferral of defendants' and intervenor-defendants' answers to plaintiff's Complaint until after disposition of the pending appeal.

_____

[1] Intervenor-defendant Ranbaxy Laboratories, which has already answered the complaint, takes no position on this matter.

4.     Defendants and intervenor-defendants shall answer or otherwise respond to

Plaintiff Apotex Inc's Complaint within twenty (20) days after disposition of the pending appeal.

_____/s/_____
Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C.  20036-2220
*Counsel for Plaintiff Apotex Inc.*

_____/s/_____
Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C.  20044
*Counsel for Federal Defendants*

_____/s/_____
William A. Rakoczy
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK
LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Plaintiff Apotex Inc.*

_____/s/_____
Jay P. Lefkowitz
Steven A. Engel
John C. O'Quinn
Michael D. Shumsky
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Intervenor-Defendant Teva
Pharmaceuticals USA, Inc.*

Dated:  May 25, 2006