UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-627 (JDB) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| TEVA PHARMACEUTICALS USA, INC., RANBAXY LABORATORIES LIMITED, *et al.*, | ) ) ) |
| Intervenor-Defendants. | ) ) |

## [PROPOSED] ORDER

The parties having agreed by stipulation that the defendants and intervenor-defendants may defer answering plaintiff's Complaint until after disposition of the pending appeal of this Court's denial of plaintiff's motion for preliminary injunction, it is THEREFORE

ORDERED that defendants and intervenor-defendants shall answer or otherwise respond to plaintiff's Complaint within twenty (20) days of disposition of the pending appeal.


Dated: _____          _____
                                        The Honorable John D. Bates
                                        United States District Judge