UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APOTEX INC., )
)
    Plaintiff, )
)
v. )  Civil Action No. 06-627 (JDB)
)
FOOD AND DRUG ADMINISTRATION, )
et al., )
) **FILED**
    Defendants, )
)  MAY 2 6 2006
and )
)  NANCY MAYER WHITTINGTON, CLERK
TEVA PHARMACEUTICALS USA, INC., )  U.S. DISTRICT COURT
RANBAXY LABORATORIES LIMITED, )
et al., )
)
    Intervenor-Defendants. )
)

## [PROPOSED] ORDER

The parties having agreed by stipulation that the defendants and intervenor-defendants may defer answering plaintiff's Complaint until after disposition of the pending appeal of this Court's denial of plaintiff's motion for preliminary injunction, it is THEREFORE

ORDERED that defendants and intervenor-defendants shall answer or otherwise respond to plaintiff's Complaint within twenty (20) days of disposition of the pending appeal.

Dated: May 26, 2006

                                                    The Honorable John D. Bates
                                                    United States District Judge

*Copies to:*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com
  *Counsel for plaintiff*


Andrew E. Clark
US DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov
  *Counsel for defendant*

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

John Caviness O'Quinn
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
Email: joquinn@kirkland.com

*Counsel for intervenor-defendant Teva Pharmaceuticals USA, Inc.*

Kate Cumming Beardsley
BUC & BEARDSLEY
919 Eighteenth Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600
Fax: (202) 736-3608
Email: kbeardsley@bucbeardsley.com

*Counsel for intervenor-defendant Ranbaxy Pharmaceuticals, Inc.*