# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 06-5105**  **September Term, 2005**

06cv00627

Filed On:

Apotex, Inc.,
    Appellant

v.

Food & Drug Administration, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN  6 2006

CLERK

**BEFORE:**   Henderson, Tatel, and Brown, Circuit Judges

### ORDER

Upon consideration of appellee Teva Pharmaceuticals, USA Inc.'s motion for summary affirmance, the opposition, and reply thereto, it is

**ORDERED** that the motion for summary affirmance be granted.

The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

        **Per Curiam**

        FOR THE COURT:
        Mark J. Langer, Clerk

BY:
        Michael C. McGrail
        Deputy Clerk