# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 06-5105** | **September Term, 2005** |
| | 06cv00627 |

**Filed On:**

Apotex, Inc.,
        Appellant

v.

Food & Drug Administration, et al.,
        Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 6 2006

CLERK

**BEFORE:**    Henderson, Tatel, and Brown, Circuit Judges

### ORDER

Upon consideration of appellee Teva Pharmaceuticals, USA Inc.'s motion for summary affirmance, the opposition, and reply thereto, it is

**ORDERED** that the motion for summary affirmance be granted.

The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5105**  **September Term, 2005**

06cv00627

**Filed On:**

Apotex, Inc.,
    Appellant

v.

Food & Drug Administration, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  SEP  1 2006

CLERK

## AMENDING ORDER

It is **ORDERED**, on the court's own motion, that the order filed June 6, 2006, be amended as follows:

In the decretal paragraph: Insert ", for the reasons stated in the opinion issued herein this date" after the word "granted".

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk