**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC. )<br>)<br>Plaintiff, )<br>)<br>v. )     Case No. 06-627 (JDB)<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.* )<br>)<br>Defendants, )<br>)     **FILED ELECTRONICALLY**<br>and )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>RANBAXY LABORATORIES LIMITED, )<br>*et al.*, )<br>)<br>Intervenor-Defendants. ) | |

**STIPULATION OF DISMISSAL**

WHEREAS, pursuant to the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq.*, the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201, 2202, Apotex Inc. ("Apotex") filed the instant action against the Food and Drug Administration, Michael O. Leavitt, and Andrew Von Eschenbach (collectively, "FDA") on April 5, 2006. Teva Pharmaceuticals USA, Inc. ("Teva"), Ranbaxy Laboratories Limited, Ranbaxy, Inc. and Ranbaxy Pharmaceuticals, Inc. (collectively, "Ranbaxy") subsequently intervened.

WHEREAS, Apotex has conferred with counsel for all parties who have appeared in this action, as required under Rule 41(a)(1), FED. R. CIV. P., who hereby give their written consent to the instant dismissal of this action as set forth below.

2

NOW THEREFORE, pursuant to Rule 41(a)(1), FED. R. CIV. P., the parties hereby stipulate and agree to: (1) the voluntary dismissal of all claims regarding pravastatin sodium tablets 10 mg, 20 mg, and 40 mg with prejudice, without costs to any party; and (2) the dismissal of all claims regarding pravastatin sodium tablets 80 mg without prejudice, without costs to any party.

Dated: October 3, 2006.

| | |
|---|---|
| APOTEX INC. | FOOD AND DRUG ADMINISTRATION, MICHAEL O. LEAVITT and ANDREW VON ESCHENBACH |
| By:   /s/ *William A. Rakoczy*<br>William A. Rakoczy, D.C. Bar No. 489082<br>Christine J. Siwik<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, Illinois 60610<br>(312) 222-6301<br>(312) 222-6321 (facsimile)<br><br>Arthur Y. Tsien, D.C. Bar No. 411579<br>OLSSON, FRANK AND WEEDA, P.C.<br>1400 16th Street, N.W., Suite 400<br>Washington, D.C. 20036-2220<br>(202) 789-1212<br>(202) 234-3550 (facsimile)<br><br>*Counsel for Plaintiff Apotex Inc.* | By:   /s/ *Andrew E. Clark*<br>Andrew E. Clark<br>U.S. Department of Justice,<br>Office of Consumer Litigation<br>Room 950 North<br>1331 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br><br>*Counsel for the Federal Defendants* |

| TEVA PHARMACEUTICALS USA, INC. | RANBAXY LABORATORIES LIMITED, RANBAXY, INC. and RANBAXY PHARMACEUTICALS, INC. |
|---|---|
| By:  /s/ *Jay P. Lefkowitz*  <br>Jay P. Lefkowitz <br>John C. O'Quinn <br>Steven A. Engel <br>Michael D. Shumsky <br>KIRKLAND & ELLIS LLP <br>655 15th Street, NW, Suite 1200 <br>Washington, D.C. 20005 <br><br>*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.* | By:  /s/ *Kate C. Beardsley*  <br>Kate C. Beardsley <br>Carmen M. Shepard <br>BUC & BEARDSLEY <br>919 Eighteenth Street, NW, Suite 60 <br>Washington, D.C. 20006 <br><br>*Counsel for Intervenors-Defendants Ranbaxy Laboratories Limited, Ranbaxy, Inc. and Ranbaxy Pharmaceuticals, Inc.* |

3

## CERTIFICATE OF SERVICE

I, William A. Rakoczy, HEREBY CERTIFY that on this 2nd day of October, 2006, a true and correct copy of the foregoing STIPULATION OF DISMISSAL was served via e-mail and the Court's Electronic Case Filing System (ECF) upon the following counsel:

>Andrew E. Clark
>U.S. Department of Justice,
>Office of Consumer Litigation
>Room 950 North
>1331 Pennsylvania Ave., N.W.
>Washington, D.C.  20004
>
>*Counsel for the Federal Defendants*
>
>Jay P. Lefkowitz
>John C. O'Quinn
>Steven A. Engel
>Michael D. Shumsky
>KIRKLAND & ELLIS LLP
>655 15th Street, NW, Suite 1200
>Washington, D.C.  20005
>
>*Counsel for Intervenor-Defendant Teva Pharmaceuticals USA, Inc.*
>
>Kate C. Beardsley
>Carmen M. Shepard
>BUC & BEARDSLEY
>919 Eighteenth Street, N.W., Suite 60
>Washington, D.C.  20006
>
>*Counsel for Intervenors-Defendants Ranbaxy Laboratories
>Limited, Ranbaxy Inc. and Ranbaxy Pharmaceuticals, Inc.*

>         /s/ *William A. Rakoczy*
>William A. Rakoczy, D.C. Bar No. 489082
>Christine J. Siwik
>RAKOCZY MOLINO MAZZOCHI SIWIK LLP
>6 West Hubbard Street, Suite 500
>Chicago, Illinois 60610
>(312) 222-6301
>(312) 222-6321 (facsimile)
>
>*Counsel for Plaintiff Apotex Inc.*